FILED by ______ D.C.
APPEAL
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

UNITED STATES OF AMERICA, PLAINTIFF,

V.

REYNOLDS MARAGNI, ET AL., DEFENDANTS.

CASE NO. 00-6154-CR-JORDAN

MIAMI, FLORIDA
JUNE 27, 2000
2:00 P.M.

TRANSCRIPT OF ARRAIGNMENT OF PERCY MORRIS AND PRETRIAL DETENTION HEARING FOR JOSEPH ROTUNNO HAD BEFORE THE HONORABLE STEPHEN T. BROWN, UNITED STATES MAGISTRATE JUDGE.

\- - - - -

PAGES 1 THROUGH 62

\- - - - -

PROCEEDINGS RECORDED BY ELECTRONIC SOUND RECORDING, TRANSCRIPT PRODUCED BY COMPUTER.

APPEARANCES:

| | |
|---|---|
| FOR THE GOVERNMENT: | PAUL F. SCHWARTZ<br>JULIA STILLER<br>ASSISTANT U.S. ATTORNEYS<br>99 N.E. 4TH STREET<br>MIAMI, FLORIDA 33132 |
| FOR THE DEFENDANT ROTUNNO | H. DOHN WILLIAMS, JR., ESQ.<br>721 N.E. 3RD AVENUE<br>P.O. BOX 1722<br>FT. LAUDERDALE, FLORIDA 33302 |
| FOR THE DEFENDANT MORRIS: | WILLIAM M. MORRIS, ESQ.<br>3225 AVIATION AVENUE, SUITE 300<br>COCONUT GROVE, FLORIDA 33133 |
| FOR THE DEFENDANT MARAGNI: | ALAN KAUFMAN, ESQ. (PHONETIC) |
| COURT REPORTER: | FRANCINE C. SALOPEK, R.M.R.<br>OFFICIAL COURT REPORTER<br>UNITED STATES DISTRICT COURT<br>301 NORTH MIAMI AVENUE, ROOM 804<br>MIAMI, FLORIDA 33128-7709<br>(305)523-5568 |

\- - - - -

PROCEEDINGS RECORDED BY ELECTRONIC SOUND RECORDING, TRANSCRIPT PRODUCED BY COMPUTER.

# TRANSCRIPT

# NOT

# SCANNED

**PLEASE REFER TO COURT FILE**