

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-6154-CR-DIMITROULEAS

UNITED STATES OF AMERICA

V.

MINUTE ORDER

JAMES LAPOLLA

On June 6, 2000 an Indictment was returned for the above named defendant. The defendant not having been arrested and 30 days having passed, this defendant is hereby transferred to fugitive status.

Dated this 18th Day of October, 2000 at Fort Lauderdale, Florida.

AT THE DIRECTION OF THE
HONORABLE WILLIAM P. DIMITROULEAS

CLARENCE MADDOX,
CLERK OF COURT

BY: /s/ Karen A. Carlton
KAREN A. CARLTON
DEPUTY CLERK