UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | CASE NO.: 00-CR 6154 (WPD) |
| ) | |
| Plaintiff, ) | Judge: William P. Dimitrouleas |
| ) | |
| vs. ) | |
| ) | |
| **JAMES LAPOLLA ,** ) | **NOTICE OF APPEARANCE AS** |
| ) | **COUNSEL OF RECORD** |
| Defendant. ) | |

**COMES NOW, ROBERTO D. STANZIALE, ESQ.,** and hereby files this his Notice of Appearance as attorney of record through to and including the trial in this cause for the above named defendant.

_/s/ Roberto D. Stanziale_
Roberto D. Stanziale, Esq.(RS2066)
6209 W. Commercial Blvd.
Suite 2
Fort Lauderdale, FL 33319
Tel:  (954) 724-5530
Fax:  (954) 724-5532
Fla. Bar. No: 885304

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been delivered this the 14th day of December 2001 to Assistant United States Attorney, Paul Schwartz, Esq., AUSA, 500 E. Broward Blvd., Suite 700, Fort Lauderdale, FL 33304.

**Roberto D. Stanziale, Esq.(RS2066)**
6209 W Commercial Blvd.
Suite 2
Fort Lauderdale, FL 33319
Tel:   (954) 724-5530
Fax:   (954) 724-5532
Fla. Bar. No: 885304