UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. <u>00-6154-CR-DIMITROULEAS</u>

UNITED STATES OF AMERICA

    Plaintiff,

v.

JAMES LaPOLLA,

    Defendant.
_____/

FILED by _____ D.C.

MAY 0 6 2002

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

<u>PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM</u>

The United States of America, by its United States Attorney, shows to the Court:

1. It appearing from the petition of the United States of America, that the defendant in the above case, JAMES LaPOLLA, confined in the Broward County Jail, Ft. Lauderdale, Florida, and that the case is set for an Initial Appearance as to said defendant at Ft. Lauderdale, Florida on May 20, 2002 at 9:00 a.m., and that it is necessary for said defendant to be before this Court for said proceeding.

2. JAMES LaPOLLA, DOB 01/24/54, DOC Number 390493, BCC Number 0010914, is now confined in the Broward County Jail, Ft. Lauderdale, Florida.

3. It is necessary to have said defendant before this Court for an Initial Appearance.



**WHEREFORE**, this petitioner prays that this Honorable Court issue a writ of habeas corpus ad prosequendum, directing any United States Marshal to proceed to the aforesaid penal institution and there take into custody the body of the said JAMES LaPOLLA and have subject before this Court at the time and place above specified, then and there as aforesaid; hold said defendant until the conclusion of his case, that is until discharged or sentenced; and upon completion of said proceedings to return the said defendant to the custody of the Warden of the aforesaid penal institution; and also directing the said Warden to deliver the said JAMES LaPOLLA into the custody of any United States Marshal for the aforesaid purpose.

                                    GUY A. LEWIS
                                    UNITED STATES ATTORNEY

By: _____
      PAUL F. SCHWARTZ
      ASSISTANT UNITED STATES ATTORNEY

cc:    U.S. ATTORNEY (Schwartz)