# COURT MINUTES

## U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE, FLORIDA

DEFT: JAMES LAPOLLA (writ)#     CASE NO: 00-6154-CR-Dimitrouleas

AUSA: Paul Schwartz    *Robert*    ATTY: Robert Stanziale *present*

AGENT: *Rosenbaum*    VIOL: *(perm)*

PROCEEDING: INITIAL APPEARANCE    RECOMMENDED BOND:

BOND HEARING HELD - yes / no    COUNSEL APPOINTED:

BOND SET @: $250,000 CSB w/ Nebbia    To be cosigned by:

- ☐ Do not violate any law.
- ☐ Appear in court as directed.
- ☐ Surrender and / or do not obtain passports / travel documents.
- ☐ Rpt to PTS as directed / or ___ x's a week/month by phone; ___ x's a week/month in person.
- ☐ Random urine testing by Pretrial Services. ___ Treatment as deemed necessary.
- ☐ Maintain or seek full - time employment.
- ☐ No contact with victims / witnesses.
- ☐ No firearms.
- ☐ Curfew: ___
- ☐ Travel extended to: ___
- ☐ Halfway House ___

Notes (handwritten): Advised of charge. No Bond hrg held. Both sides stip. to a $250,000 CSB w/ Nebbia - Reserving right to PTD hrg at a later date. Plea already signed.

Reading of indictment waived
Not Guilty plea entered
~~Jury trial demanded~~
Standing Discovery Order requested

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | | | N/A | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | | |
| STATUS CONFERENCE: | 6/4/02 | N/A | BSS | |

DATE: 5-20-02    TIME: 11:00am    FTL/BSS TAPE # 02 - 035    Begin: 2482    End: 2733