

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO.   00-6154-CR-Dimitrouleas

UNITED STATES OF AMERICA

vs

James Lapolla                           ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Barry S. Seltzer on 5-20-02, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and court-appointed/retained counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:           Address: ___In Custody_____

                    _____

                    Telephone: _____

DEFENSE COUNSEL:    Name: ___Robert Stanziala_____

                    Address: _____

                    _____

                    Telephone: _____

BOND SET/CONTINUED:  $___Cont'd in custody_____

Bond hearing held:  yes_____   no__XXX__  Bond hearing set for_____

Dated this __20__ day of __May_____, 20_02_.

CLARENCE MADDOX, CLERK OF THE COURT,

By: ___[signature]___
    Deputy Clerk

Tape No. __02-035__

cc: Clerk for Judge
    U. S. Attorney
    Defense Counsel
    Pre-Trial Services