FILED by _____ D.C.
INTAKE
MAY 21 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. LAUD.

UNITED STATES DISTRICT COURT
Southern District of Florida

U.S. Marshal # **56179-004**

UNITED STATES OF AMERICA )
        Plaintiff ) Case Number: CR **00-6154-CR-DIMI**
                  ) REPORT COMMENCING CRIMINAL
    -vs-            )                   ACTION
)
**Lapolla, James** )
        Defendant

*************************************************

TO: Clerk's Office   MIAMI   (**FT. LAUDERDALE**)   W. PALM BEACH
    U.S. District Court          (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
      MAGISTRATES COURT ABOVE
*************************************************

All items are to be completed. Information not applicable or unknown will be indicated "N/A".

(1) Date and Time of Arrest: **5/20/02  11:00** am/**pm**

(2) Language Spoken: **English**

(3) Offense(s) Charged: **Racketeering**

(4) U.S. Citizen [✓] Yes  [ ] No  [ ] Unknown

(5) Date of Birth: **1/24/54**

(6) Type of Charging Document: (check one)
   [ ] Indictment   [ ] Complaint   To be filed/Already filed
   Case# _____

   [ ] Bench Warrant for Failure to Appear
   [ ] Probation Violation Warrant
   [ ] Parole Violation Warrant

Originating District: _____

COPY OF WARRANT LEFT WITH BOOKING OFFICER  [ ]YES  [ ]NO

Amount of Bond: $_____
Who set Bond: _____

(7) Remarks: _____

(8) Date: _____  (9) Arresting Officer: _____

(10) Agency: _____  (11) Phone: _____

(12) Comments: _____