**CRIMINAL MINUTES**



FILED by _____ D.C.

MAY 2 2 2002

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER: _00 – 6154-CR-WPD_   DATE: _May 22, 2002_

COURTROOM CLERK: Karen A. Carlton   COURT REPORTER: Bob Ryckoff

PROBATION: _____   INTERPRETER: _____

UNITED STATES OF AMERICA   VS.   _James LaPolla_

U.S. ATTORNEY: _Paul Schwartz_   DEFT. COUNSEL: _Richard Stanzeale_

REASON FOR HEARING: _Change of Plea_

RESULT OF HEARING: _Deft sworn and Questioned_
_by the Court. Went to Enter Guilty_
_Plea to Count 1. Gov't agrees to dismiss_
_remaining Counts (3 + 4) at time of Sentencing_

_Court accepts Guilty plea._

CASE CONTINUED TO: _8/1/02_   TIME: _9:15_   FOR _Sentencing_

MISC: _Written plea Agreement filed._

