AO 442 (Rev. 12/85) Warrant for Arrest   AUSA PAUL F. SCHWARTZ    FBI S/A JOE CICINI

## United States District Court

SOUTHERN _____ DISTRICT OF _____ FLORIDA    481482

UNITED STATES OF AMERICA

V.

JAMES LAPOLLA

**WARRANT FOR ARREST**

CASE NUMBER 00-6154

CR-JORDAN

MAGISTRATE JUDGE
BANDSTRA

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ JAMES LAPOLLA _____
                                                       Name

and bring him forthwith to the nearest magistrate to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him with (brief description of offense) RICO conspiracy, Conspiracy to make extortionate extensions of credit, Conspiracy to collect extortionate extensions of credit,

in violation of Title 18 United States Code, Section(s) 1962(d), 892, 894,

CLARENCE MADDOX
Name of Issuing Officer

_[signature]_
Signature of Issuing Officer

Bail fixed at $ 100,000 Corporate Surety Bond
            with Nebbia

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

6/6/00 - Fort Lauderdale, Florida
Date and Location

BARRY S. SELTZER   _[signature]_
by  UNITED STATES MAGISTRATE JUDGE
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above defendant at _____ Ft. Lauderdale, FL |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 6/6/00 | Edward Stubbs, Acting US Marshal  S/D  FL | _[signature]_ Barry Golden, ASDUSM |
| DATE OF ARREST 5/20/02 | | |