# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO.: 00–CR-6154 (WPD)



UNITED STATES OF AMERICA,)
                           )
          Plaintiff,     )
                           )
vs.                     )
                           )
JAMES LAPOLLA ,       )      **NOTICE OF UNAVAILABILITY**
                           )
          Defendant.  )
_____)

       **COMES NOW**, the undersigned counsel and hereby places the parties listed below

in the Certificate of Service on notice that he will be **unavailable from the 23rd day of July**

**2002 until the 8th day of August 2002.**

Roberto D. Stanziale, Esq.(RS2066)
6209 W. Commercial Blvd.
Suite 2
Fort Lauderdale, FL 33319
Tel:   (954) 724-5530
Fax:   (954) 724-5532
Fla. Bar. No: 885304



## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been delivered this

the 1st day of July 2002 to Assistant United States Attorney, Paul Schwartz, Esq., AUSA,

500 E. Broward Blvd., Suite 700, Fort Lauderdale, FL 33304 and Carolyn Darville, United

States Department of Probation, 299 E. Broward Blvd., Ste 409, Fort Lauderdale, FL 33301.


**Roberto D. Stanziale, Esq.(RS2066)**
6209 W Commercial Blvd
Suite 2
Fort Lauderdale, FL 33319
Tel:     (954) 724-5530
Fax:     (954) 724-5532
Fla. Bar. No: 885304