UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00–CR-6154 (WPD)



UNITED STATES OF AMERICA, )
)
      Plaintiff, )
)
vs. )
)
JAMES LAPOLLA, )    MOTION FOR CONTINUANCE
)
      Defendant. )
_____)

      **COMES NOW**, the Defendant, LAMES LAPOLLA, by and through undersigned counsel and hereby files this his Motion for Continuance of the August 1, 2002 Sentencing date and in support thereof states as follows:

1. That counsel for Defendant will be out of the country from July 23, 2002 until the 8th of August, 2002 and has previously filed a Notice of Unavailability with the Court and provided copies to all parties concerned.

2. That counsel has consulted with the Assistant U.S. Attorney, Paul Schwartz, Esq. and Federal Probation Officer, Carolyn Darville regarding this matter and they have no objections to this request.



**WHEREFORE**, the Defendant, JAMES LAPOLLA, respectfully prays that this Honorable Court grant this Motion for Continuance of the August 1, 2002 Sentencing date and reset to the next available date for all parties.

_____
Roberto D. Stanziale, Esq.(RS2066)
6209 W. Commercial Blvd.
Suite 2
Fort Lauderdale, FL 33319
Tel:   (954) 724-5530
Fax:   (954) 724-5532
Fla. Bar. No: 885304

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been delivered this the 8th day of July 2002 to Assistant United States Attorney, Paul Schwartz, Esq., AUSA, 500 E. Broward Blvd., Suite 700, Fort Lauderdale, FL 33304 and Carolyn Darville, United States Department of Probation, 299 E. Broward Blvd., Ste 409, Fort Lauderdale, FL 33301.

Roberto D. Stanziale, Esq.(RS2066)
6209 W Commercial Blvd.
Suite 2
Fort Lauderdale, FL 33319
Tel:    (954) 724-5530
Fax:    (954) 724-5532
Fla. Bar. No: 885304