UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00–CR-6154 (WPD)

UNITED STATES OF AMERICA, )
)
               Plaintiff, )
)
vs. )
)
JAMES LAPOLLA , )    **ORDER ON**
)    **MOTION FOR CONTINUANCE**
              Defendant. )
)

FILED by _____ D.C.

JUL 12 2002

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

THIS CAUSE having come before this Honorable Court and the Court being fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that the Defendant's Motion for Continuance of the August 1, 2002 Sentencing date is hereby and the same is: GRANTED , *Sentencing is Reset to August 9, 2002 at 9:15 A.M.*

DONE AND ORDERED at Fort Lauderdale, Broward, County, Florida this 12 day of July, 2002.

_____
UNITED STATES DISTRICT COURT JUDGE

cc:
Office of the United States Attorney
Paul Schwartz, Esq., AUSA
500 E. Broward Boulevard, 7th Floor
For Lauderdale, FL 33394

Roberto D. Stanziale, Esq.
6209 W. Commercial Blvd., Ste. 2
Ft. Lauderdale, FL 33319

Carolyn L. Darville
U.S. Probation Officer
Federal Courthouse Building
299 E. Broward Boulevard, Room 409
Fort Lauderdale, FL 33301

