UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by _____ D.C.
INTAKE
JUL 16 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. • FT. LAUD.

UNITED STATES OF AMERICA,  )   CASE NO: 00-6154 CR DIMITROULEAS
                          )
           Plaintiff,     )
                          )
                          )
    v.                    )
                          )
JAMES LAPOLLA,            )
                          )   OBJECTION TO PRESENTENCE
                          )   INVESTIGATION REPORT
           Defendant.     )

     **NOW COMES**, the Defendant, **JAMES LAPOLLA**, by and through the undersigned attorney and hereby files this his Objection to the Presentence Investigation Report pursuant to Rule 32 (b) (6) (B), Fed. R. Crim. P., and states as follows:

1.     That the Defendant objects to paragraph 30 of the Presentence Investigation Report in which it is stated that the Defendant was taken in to Federal Custody on the 20th of May 2002. As is indicated in that paragraph the Defendant was picked up on the 2nd day of December, 2001 on outstanding warrants, which, included among several State Warrants, the Arrest Warrant issued by this Court. Please see attached exhibit "A'". The Defendant would argue that as he was taken into custody on the 2nd day of December, 2001 he should be granted all credit for time served from that day through to and including the day of sentencing. "A Defendant shall be given credit toward the service of a term of



imprisonment for any time he has spent in official detention prior to the date the sentence commences..... presentencing custodial detention by the state court may be credited against a federal sentence....." United States v. Wilson, 916 F. 2d 1115, 1118 ( 6th Cir. 1990).

**I HEREBY CERTIFY**, that a true and correct copy of the foregoing was furnished to Paul Schwartz, A.U.S.A, United States Attorney's Office, 500 E. Broward Blvd. Fort Lauderdale, Florida 33394-3002, 7th Floor and Carolyn Darville U.S. Probation 299 E Broward Blvd. Room 409 Ft. Lauderdale, Florida 33301.

Submitted by:

Roberto D. Stanziale, Esq.
Attorney for Defendant Lapolla
6209 W. Commercial Blvd
Suite # 2
Ft. Lauderdale, Florida 33319
(954) 724-5530
(954) 724-5532
Florida Bar. No: 885304

EXHIBIT "A"

Inmate Summary  2/27/02

Projected Release Date:

| CIS No. | Control No. | Inmate Name | Housing Location | Security Level | SRA | Actual: | a |
|---|---|---|---|---|---|---|---|
| 230121977 | 10914 | LAPOLLA, JAMES | CNTE-3A-3-127-4 | MINIMUM | MW48 | Scheduled: | |

**Charges:**  01-020087CF10A

| Chrg No. | Charge | Offense Description | Warrant/Case No. | Bond | Bond Amt | Status/Info |
|---|---|---|---|---|---|---|
| 1 | 893.13-1a1(2A4) | SELL/MAN/DEL POSS/W/INT COCAINE | | NA | $.00 | NO INFO |
| | 12/02/2001 | | | 0 | | 0    0 |
| 2 | 893.13-1a2(4A) | SELL/MAN/DEL/POSS/W/INT ALPRAZOLAM-XA | | NA | $.00 | NO INFO |
| | 12/02/2001 | | | 0 | | 0    0 |
| 3 | 893.147-1(1B) | POSSESSION OF DRUG PARAPHERNALIA | | NA | $.00 | NO INFO |
| | 12/02/2001 | | | 0 | | 0    0 |
| 4 | HLD-CO FEL | OUT OF CO HOLD - FEL | 281A-MM-88637 | NB | $.00 | PENDING TRIAL |
| | 12/02/2001 | | | | | |
| | | HOLD PLACED ON SUBJ FOR FBI MIAMI FOR PROB VIOL CSB RICO | | | | |
| 5 | VOP-FEL | VIOL OF PROB - FEL | 95008573CF10A | NB | $.00 | PENDING TRIAL |
| | 12/02/2001 | | | | | |
| | | VOP/POSS FIRE ARM | | | | |
| 6 | CAP-FEL | CAPIAS - FEL | 00010639CF10A | BD | $1,000.00 | PENDING TRIAL |
| | 12/02/2001 | | | | | |
| | | POSSESSION OF COCAINE | | | | |

**Holders:**

| | | | | | |
|---|---|---|---|---|---|
| | | MARSHALLS HOLD | ACTIVE | 12/3/01 | |