## CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
### HONORABLE WILLIAM P. DIMITROULEAS



FILED by _____ D.C.
AUG 09 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER: 00-6154-CR      DATE: August 9, 2002

COURTROOM CLERK: ~~Karen A. Carlton~~ Amy Jordan      COURT REPORTER: ~~Bob Ryckoff~~ Anita LaRocca

PROBATION: _____      INTERPRETER: _____

UNITED STATES OF AMERICA     VS.   James Rapolla

U.S. ATTORNEY: Paul Schwartz      DEFT. COUNSEL: Richard Stanziale

REASON FOR HEARING: Sentencing

RESULT OF HEARING: Defendant Sentenced to 22 months Imprisonment; 3 years Supervised Release; $100.00 Special Assessment; Fine Waived. Special Conditions: (1) Drug evaluation + treatment Defendant Contribute to cost. (2) Search of person by Probation

CASE CONTINUED TO: _____   TIME: _____   FOR: _____

MISC: Defendant has 10 days w/in to Appeal.

