PROB 12C
(SD/FL 3/05)

SD/FL PACTS No. 73020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. <u>00-6154-CR-DIMITROULEAS</u>



FILED by _____ D.C.

JUN 13 2006

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

### PETITION FOR WARRANT OR SUMMONS FOR OFFENDER UNDER SUPERVISION

Name of Offender: James Lapolla

Name of Sentencing Judicial Officer: The Honorable William P. Dimitrouleas, U.S. District Judge, Fort Lauderdale, Florida

Date of Original Sentence: August 9, 2002

Original Offense: Count One: Conspiracy to Violate the RICO Statute, 18 U.S.C. § 1962(d), a Class C felony.

Original Sentence: Twenty-two (22) months custody of the Bureau of Prisons, followed by three (3) years supervised release. Special conditions of supervision: (1) Participate in a substance abuse treatment program; (2) Submit to a search of his person or property conducted at a reasonable time and in a reasonable manner by the U.S. Probation Officer. He was assessed $100.

Type of Supervision: Supervised Release         Date Supervision Commenced: July 8, 2003

Assistant U.S. Attorney:                        Defense Attorney:
Paul Schwartz                                   Roberto Dante Stanziale

## PETITIONING THE COURT

[X]   To issue a warrant
[]    To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation       Nature of Noncompliance
Number

1.              **Violation of Mandatory Condition,** by failing to refrain from violation of the law. On or about, May 29, 2006, in Deerfield Beach, Florida, the defendant committed the offense of Driving Under the Influence of Alcohol or Drugs (4th or Subsequent Offense) contrary to F.S. 316.193-2b3.



PROB 12C  
(SD/FL 3/05)

SD/FL PACTS No. 73020

NAME OF OFFENDER: JAMES LAPOLLA                         CASE NO: 00-6154-CR-DIMITROULEAS

2. **Violation of Mandatory Condition,** by failing to refrain from violation of the law. On or about, May 29, 2006, in Deerfield Beach, Florida, the defendant committed the offense of Refusing to Submit to DUI test contrary to F.S. 316.1939-1e.

U.S. Probation Officer Recommendation:

[X]  The term of supervision should be  
[X]  revoked.  
[ ]  extended for _ years, for a total term of _ years.

[ ]  The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  8/9/06

_____  
Marilyn D. Calvache  
U.S. Probation Officer  
Phone: (954) 769-5515

MDC/

Reviewed and Approved by: _____  
Carolyn M. Gamble, Supervising  
U.S. Probation Officer

THE COURT ORDERS:

[ ]  No Action  
[X]  The Issuance of a Warrant  
[ ]  The Issuance of a Summons  
[ ]  Submit a Request for Modifying the Conditions or Term of Supervision

_____  
Signature of Judicial Officer

June 13, 2006  
Date