JUN 14 2006
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

# COURT MINUTES

## U.S. MAGISTRATE JUDGE EDWIN G. TORRES - FORT LAUDERDALE, FLORIDA

DEFT: JAMES LAPOLLA (J) 56179-004        CASE NO: 00-6154-CR-DIMITROULEAS
AUSA: PAUL SCHWARTZ  H. Wallace          ATTY: Robert Stampfin
AGENT:                                    VIOL:
PROCEEDING: INITIAL SUPERVISED RELEASE VIOL    RECOMMENDED BOND:
BOND HEARING HELD - yes / no              COUNSEL APPOINTED:
BOND SET @: $50,000 PSB                   To be cosigned by:

- [x] Do not violate any law.
- [x] Appear in court as directed.
- [x] Surrender and / or do not obtain passports / travel documents.
- [x] Rpt to PTS USPO as directed / or ___ x's a week/month by phone; ___ x's a week/month in person.
- [ ] Random urine testing by Pretrial Services. ___ Treatment as deemed necessary.
- [x] Maintain or seek full - time employment.
- [ ] No contact with victims / witnesses.
- [ ] No firearms.
- [ ] Curfew: _____
- [x] Travel extended to: SD/FL
- [ ] Halfway House  Reside at current address  follow current conditions of supervised release

D advised of charges
Gov't requests $50,000 PSB
Court accepts agreed bond.
D shall have final
hrg before Judge Dimitrouleas

NEXT COURT APPEARANCE:    DATE:    TIME:    JUDGE:    PLACE:
INQUIRY RE COUNSEL:
PTD/BOND HEARING:
PRELIM/ARRAIGN. OR REMOVAL:
STATUS CONFERENCE:

DATE: 6/14/06    TIME: 11:00    FTL/EGT TAPE # 06- 36    Begin: 3443    End: 3610

