PROB 19                                                                                               SD/FL PACTS No. 73020

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 00-6154-CR-DIMITROULEAS

U.S.A. vs James Lapolla

TO:[1] ANY UNITED STATES MARSHAL OR AUTHORIZED REPRESENTATIVE

## WARRANT FOR ARREST OF PROBATIONER

You are hereby commanded to arrest the within-named probationer and bring him or her, forthwith, before the United States District Court to answer charges that he or she violated the conditions of his or her probation imposed by the court.

| NAME OF PROBATIONER | SEX | RACE | AGE |
|---|---|---|---|
| James Lapolla | M | W | 52 |

| ADDRESS (STREET, CITY, STATE) |
|---|
| 314 Wildwood Lane, Deerfield Beach, Florida 33443 |

| PROBATION IMPOSED BY (NAME OF COURT) | DATE IMPOSED |
|---|---|
| The Honorable William P. Dimitrouleas, SD/FL, Fort Lauderdale Division | August 9, 2002 |

| TO BE BROUGHT BEFORE (NAME OF COURT, CITY, STATE) |
|---|
| The Honorable William P. Dimitrouleas, SD/FL, Fort Lauderdale Division |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| Clarence Maddox | [signature] | June 13, 2006 |

## RETURN

| Warrant received and executed. | DATE RECEIVED 6/13/06 | DATE EXECUTED 6/14/06 |
|---|---|---|

| EXECUTING AGENCY (NAME AND ADDRESS) |
|---|
| USMS Ft. Lauderdale, FL |

| NAME Christina Pharo, US Marshal S/D FL | (BY) Mark O'Loughlin, SDUSM | DATE 6/14/06 |
|---|---|---|

[1] Insert designation of officer to whom the warrant is issued, e.g. "any United States Marshal or any other authorized officer;" or "United States Marshal for Southern District of Florida;" or "any United States Marshal;" or "any Special Agent of the Federal Bureau of Investigation;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."

