UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA
Plaintiff
-vs-
Lapolla, James
Defendant

FILED by ___ D.C.
MAG. SEC.
JUN 15 2006
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD

CASE NUMBER: CR 00-6154-DIMI

REPORT COMMENCING CRIMINAL ACTION

56179-004
USMS Number

****************************************************************
TO: CLERK'S OFFICE    MIAMI    (FT. LAUDERDALE)    W. PALM BEACH
    U.S. DISTRICT COURT              (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATES
      COURT ABOVE.
****************************************************************
COMPLETE ALL ITEMS. INFORMATION NOT APPLICABLE ENTER N/A.

(1) DATE AND TIME OF ARREST: 6/14/06 AM ✓ PM ___

(2) LANGUAGE SPOKEN: English

(3) OFFENSE(S) CHARGED: Probation Violation

(4) UNITED STATES CITIZEN: (X) YES  ( ) NO  ( ) UNKNOWN

(5) DATE OF BIRTH: 1/24/54

(6) TYPE OF CHARGING DOCUMENT: (check one)
    [ ] INDICTMENT    [ ] COMPLAINT TO BE FILED/ALREADY FILED
        CASE # _____
    [ ] BENCH WARRANT FOR FAILURE TO APPEAR
    [ ] PROBATION VIOLATION WARRANT
    [ ] PAROLE VIOLATION WARRANT
    ORIGINATING DISTRICT: _____
    COPY OF WARRANT LEFT WITH BOOKING OFFICER [X] YES  [ ] NO

AMOUNT OF BOND: $_____ WHO SET BOND? _____

(7) REMARKS: _____

(8) DATE: 6/14/06  ARRESTING OFFICER: _____

(10) AGENCY: _____  (11) PHONE: _____

(12) COMMENTS: _____

