UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by _____ D.C.
JUN 19 2006
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA

V.                                         CASE NO. 00-6154-CR--DIMITROULEAS
JAMES LAPOLLA

---

TYPE OF CASE:                CRIMINAL

---

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN **SET** AS FOLLOWS:

---

PLACE:
299 E. BROWARD BLVD.                 **COURTROOM 205B**
FT. LAUDERDALE, FL 33301             DATE & TIME:
                                     **June 30, 2006 at 11:00 AM**

---

TYPE OF
HEARING:      Final Revocation/Sentencing on Supervised Release Violation

---

                                     CLARENCE MADDOX,
                                     CLERK OF COURT

DATE: June 19, 2006                  BY DEPUTY CLERK


cc:   Paul Schwartz, AUSA
      Robert Stanziale, Esq.
      Marilyn Calvache, USPO