## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,          )
                                   )
          Plaintiff,               )
                                   )
vs.                                )          CASE NO. 00-6154-CR-DIMITROULEAS
                                   )
JAMES LAPOLLA,                     )
                                   )
          Defendant.               )
_____)

### DEFENDANT'S MOTION FOR DOWNWARD DEPARTURE

**COMES NOW**, the Defendant, JAMES LAPOLLA, by and through the undersigned counsel and hereby moves for a downward departure from the United States Sentencing Guidelines pursuant to 18 U.S.C 3553 and 5K2.0 of the Federal Sentencing guidelines and in support thereof the Defendant states as follows:

### FACTS

On August 9, 2002, Mr. Lapolla was sentenced by Your Honor to twenty-two (22) months imprisonment for the offense of Conspiracy to Violate the RICO Act, followed by three (3) years supervised release with the following special conditions of supervision: participation in a substance abuse treatment program, and submit to a search of his person and property. He was assessed $100. On July 8, 2003, the Defendant was released from incarceration to begin his term of supervised release.

Mr. Lapolla completed his requirement of substance abuse treatment on July 8, 2003. He has been randomly drug tested during his term of supervision and all urinalysis tests have been negative for the presence of controlled substances to date. Mr. Lapolla paid his $100 assessment on November 11, 2002.

On May 29, 2006, Mr. Lapolla was arrested by the Broward County Sheriffs Office and charged with Count One: Driving Under the Influence of Alcohol or Drugs (4th or Subsequent Offense) contrary to F.S. 316.193-2b3; Count Two: Refuse to Submit to DUI test contrary to



F.S. 316.1939-1e; Count Three: Violation of Municipal Speed/Posted contrary to F. S. 316.189(1) and Count Four: Failing to Change Address on his Drivers License contrary to F.S. 322,19(2).

Throughout the Defendant's term of supervision he has maintained a stable residence and employment. He is currently employed as salesman with Buchanan Services, Inc., a local roofing. company, and is currently earning $5,863.00 a month.  Please see **Composite "A"** which are letters addressed to this Honorable Court from Frank Buchanan the President for Buchanan Services and another letter addressed to this Honorable Court from Debbie Radbell the President for Innovative Gold Concepts.

The Defendant was married to his long time girlfriend, Julie, on April 23, 2005. Mrs. Lapolla has a daughter from a previous relationship named Gia Ramos who has been battling Leukemia for some time. Mr. Lapolla has been very supportive to his wife, and is a good stepfather to Gia.  He has been doing his very best to support them both morally and financially during this difficult time. Mrs. Lapolla has been suffering from depression as a result of the difficulties associated with coping with her daughter's illness and the fact that her long term prognosis has been deemed unfavorably.  Mr. Lapolla has be an instrumental in keeping the family together.   Please see **Exhibit "B"** which is a letter addressed to this Honorable Court by  the Defendants wife Julie Anderson Lapolla.

## SENTENCING OPTIONS

Pursuant to the sentencing guidelines the Defendant is currently facing 8 to 14 months in custody as per U.S.S.G. section 7B1.4(a).

The Defendant is herein requesting a departure from the 8 to 14 month range pursuant to 18 USC section 3553 (a)(1) the court can consider the nature and characteristics of the Defendant as well as under section (2) "... and to provide just punishment for the offense".  In addition under 5K 2.0 of the sentencing guidelines the Court may take into consideration circumstances not taken into consideration under the guidelines.  In addition under the United States Supreme Court case of United Stated v. Booker, 125 S. Ct 738 (2005) the sentencing guidelines are merely advisory, and the court may take other considerations into account that are not detailed in the guidelines.

## REQUEST FOR ALTERNATIVE SENTENCING

That as is outlined in **Exhibits "A" "B" and Composite "C"** ( medical records from Memorial Regional Hospital) the  Defendant is currently the primary supporter of a serious ill step child who the family also relies upon for emotional support.  That in addition to the foregoing, the Defendant has also changed his life around and has been gainfully employed at a good job. That this court has the option to sentence the Defendant to a shorter period of incarceration then the

Page 2 of  3

range of 8 to 14 months, and may also sentence the Defendant to home detention following a period of incarceration.    That the Defendant herein requests that this Honorable Court take into consideration the letters sent to this Court from his employer and wife, the Defendants work and family history since he was released from prison, the fact that the Defendant completed about 95% of his supervised release, the fact that the Defendant is still facing penalty for the crime that brings rise to this revocation hearing and the situation concerning his step child as well as his needed moral and financial support for his family during this time of crisis when determining an appropriate sentence.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY a true and correct copy of the foregoing has been furnished to Assistant

United States Attorney, Paul Schwartyz at 500 E. Broward Boulevard, 7th Floor, Fort Lauderdale,

FL 33394, by U.S. Mail and faxed to Marilyn F. Calvache at the U.S. Probation Office at

954-769-5539 on this 23rd day of June 2006.

Roberto D. Stanziale, Esq.(RS2066)
600 S. Andrews
Suite 407
Fort Lauderdale, FL 33301
Tel:    (954) 763-7909
Fax:    (954) 763-7872
Fla Bar # 885304

1621 N. Dixie Highway
Suite D
Pompano Beach, FL 33060
Tel: (954) 545-1308
Fax: (954) 545-3870

**BUCHANAN SERVICES, INC.**
General Contractors
CGC060676    CCC056685

June 6, 2006

Judge Demetriolos

Dear Judge Demetriolos:

Pleas take a moment to read this letter. Your decision will have a great impact on many lives. I am the owner of Buchanan Services, Inc., a general contracting company in Pompano Beach. I met Jim shortly after Hurricane Wilma. We had been displaced ourselves and had over 700 clients we could not service due to the lack of man power. I just could not find the time to hire or train anyone because I could not strech my self any further. As it turns out Jim had been in the roofing business back in the '80's and was experienced with what I needed. He started working for us shortly after the Hurricane. He worked 10 to 12 hour days sometimes seven days a week, until every one of our clients had been seen. He hired an additional three employees, which he trained himself. In addition, Jim was generating so much business for me we had to hire additional office staff and laborers to keep up with his work flow. He is a one man sales force. It took him approximately one hundred days to service those 700 clients. Many people now depend on Jim. We are in the process of building a sales division around Jim. I have made an offer for land off of Dixie Highway and plan to develop my sales division there, which Jim will be in charge of. I can only hope; with these unfortunate circumstances our plans will not be delayed. Jim will always have a position with Buchanan Services, Inc. and I have great plans and expectations for Jim and my business. For the time I have known Jim he has been the <u>one</u> I can depend on and trust in all situations.

Thank you in advance for your time and consideration in regard to this matter.

Sincerely,

Frank S. Buchanan, President
BUCHANAN SERVICES, INC.



Innovative
**Gold**
*Concepts* Inc.

June 5th, 2006
RE: James Lapolla

To Whom It May Concern,

This letter is in regards to the recent event that occurred with James Lapolla. He has been working with us since he has been released into the halfway house. We were a little apprehensive in hiring him in the beginning but did so because of his sales background. Needless to say in a very short time he proved to be an valuable asset to our company. With in the first month we gave him his own key to our offices and increased are business drastically. We were able to move into a larger location with the additional sales he brought in. He was always the first one in and the last one to leave.

Jim has recently moved onto a more lucrative position in which he deserves. He still services the customers he brought on with a monthly phone call to make sure that they are happy and everything is on point with them. We offered him a share in the business and the offer still stands. He still has a key with hopes that someday he may take us up on our offer.

He is one of the most reliable and dependable people we have ever had working for us and over the last couple of years since his release he has become a family man and his family really depends on him as the sole provider. His wife and child are his whole life and depend on him not only financially but emotionally given his daughter's current medical condition.

He has made a mistake that I know he is greatly regretful for. Any consideration that can be given considering the circumstances would be greatly appreciated and deserving. Since his release he has made a complete life change for the better. He deserves the opportunity to continue to care and provide for his family as he has been doing. Again, I hope this will all be taken into consideration before any final decisions are made.

Sincerely,

Debbie Radbell
President
Innovative Gold Concepts

2518 West Oakland Park Blvd., Oakland Park, FL 33311 · (888) 388-2100 · (954) 733-2600 · Fax (954) 733-2669



# JULIE ANDERSON LAPOLLA
314 Wildwood Lane East
Deerfield Beach, FL 33442

June 6, 2006

Judge Demetriolos

Dear Judge Demetriolos:

I am writing this letter in hopes it will give you a true picture of this most unfortunate situation. Jimmy is my husband, we met almost three years ago and fell in love and are now married. We had nothing, we lived in a small crowded apartment and drove old cars, yet we were happy. We had each other. About two years ago, my daughter, whom is now four years old, was diagnosed with brain cancer. Jimmy and I have spent numerous hours, days and weeks in hospitals fighting for her. We had to take her to Chemo Therapy each and every Monday for about 13 months. After the Chemo Therapy we endured reaction upon reaction my daughter would experience from the treatment. Once she had a reaction to the treatment we would end up in the hospital again to treat these problems. Jimmy was by my side the entire time. I do not believe I would have been able to make it through this tough time nor be strong for my daughter if I did not have Jimmy there to help and console me. Thankfully the treatment for my daughter stopped the growth of the tumors. She now receives MRI's every 90 days to check her status. Two weeks ago I was told my daughter's tumors' color has enhanced, which means there is a possibility they are becoming active again. This would mean another fight, which will involve Chemo Therapy and all the illnesses which come along with the treatment. My daughter is left permanently damaged. The left side of her face is paralyzed due to the nerve damage from the tumor in the brain. We enrolled her in a special Christian school, which has smaller class sizes and the teachers are aware of her condition in order they can monitor her very closely. The private school is a financial burden on Jim and me, yet we feel it is in the best interest of my daughter. I can not afford to keep her in the school without Jimmy's support.

Jim has worked so hard to improve our situation. He has a new job and is making good money. He works long hours; he leaves our home at 6:00am and sometimes doesn't return until after dark from Monday through Saturday. Jimmy is not only my world, but my daughter's also. I could not imagine having to live without him for even a day. My parents are out of the country until next year. We are just getting on our feet and I have e absolutely no income without Jimmy. I will loose our home and everything Jimmy has worked so hard to obtain for us. I am the only one who knows how truly sorry Jimmy is for his actions. He has given up all of his friends and only has me and my daughter for support.

Please Your Honor, if you can find it in your heart to make it possible for Jimmy to continue working and remain the sole support for my daughter and I it would be greatly appreciated.

Sincerely,

Julie Anderson Lapolla

Exhibit C
BC99177C

MEMORIAL REGIONAL HOSPITAL

90034251P3    MEMORIAL REGIONAL HOSPITAL

O U T P A T I E N T    R E G I S T R A T I O N                    08/27/04

```
RAMOS,GIA                               MEDICAL REC NO  2035530-1
                                        ADMISSION DATE  08/26/04
1061 NE 27TH WAY                                  DEPT  OP REGISTRATION
POMPANO BEACH,FL 33062                            TIME  20:31
                                                 CLERK  C5S
                                        LAST ADMIT DATE    /  /
SOCIAL SEC NO.                          PATIENT TYPE  OBSERVATION PATIENT
TELEPHONE NO.     000-000-0000          ACCOUNT NUMBER  423113-0
BIRTHDATE         08/13/2001  AGE 003Y
MARITAL STATUS    SINGLE  SEX FEMALE     ONSET DATE  08/26/04
FINANCIAL CLASS   50      ORIGIN 3       ONSET TIME
RELIGION          CHRISTIAN NON DONOM.   LOCATION   LABORATORY

****** EMPLOYER INFORMATION ******     ***** ACCIDENT INFORMATION ******
                                         ACCIDENT DATE    /  /
                                         ACCIDENT TIME
                                         PLACE:
TELEPHONE NO.                  EXT
******* RESPONSIBLE PARTY *******      ***** INSURANCE INFORMATION *****
ANDERSEN,JULIE                          CIGNA HEALTHCARE PPO
                                        PO BOX 182223
1061 NE 27TH WAY                        CHATTANOOGA,TN                37422
POMPANO BEACH,FL        9 33062         CONTRACT NO. 13470960001
RELATION TO PATIENT MO                  MEDICARE NO.
TELEPHONE NO.                           MEDICAID NO. 7854589364
PAR/SPOUSE NAME                                          MEDIPASS N
                                        AUTHOR NO.
*****************************************************************************
PHYSICIAN NAME   LAZAR,SCOTT,MD
ADMIT DIAGNOSIS   1917
TESTS:  BRAIN STEM GLIOMA
```

```
*************** PHYSICIAN, PLEASE COMPLETE INFORMATION BELOW ***************
                                                    ICD-9      CPT

FINAL DX    _____  ____.__

            _____  ____.__

            _____  ____.__

            _____  ____.__

PROCEDURE   _____  ____.__  _____

            _____  ____.__  _____

            _____  ____.__  _____

            _____  ____.__  _____

            _____  ____.__  _____

            _____  ____.__  _____

CONDITION ON DISCHARGE  _____ DISCHARGE TO  _____

PHYSICIAN SIGNATURE  _____  DATE  _____
```

```
                                        RAMOS,GIA
                                        423113-0   FC=50   08/26/04
                                        M/R 2035530-1
```

FORM NO.  C-852-5016-7-86

```
4003423113          MEMORIAL REGIONAL HOSPITAL      HOLLYWOOD,FL          BC99457C
                    E / R   F A C E   S H E E T                           08/26/04
                                                                             1801

RAMOS,GIA                                          MR NO   2035530
1061 NE 27TH WAY                                   BILL NO 423113
POMPANO BEACH,FL 33062

PHONE     000-000-0000                           ADM DATE  08/26/04  1734
SS NO                                            PREADM CLERK      ADM CLERK C5S
DOB       08/13/2001        AGE 003Y             COUNSELOR  35
STATUS    SINGLE            SEX FEMALE           AREA OF ADM EMERGENCY ROOM
ORIGIN    HISPANIC          REL                  FIN CLASS  50 MEDICAID
CHURCH                                           ONSET DATE 08/26/04

NATURE OF ADM   EMERGENCY             PHYS NO  102000   ASSIGNED
SOURCE OF ADM   EMERGENCY             ADM PHY NAME      EMERGENCY MEDICINE
ADM CLIN SERV   PEDIATRICS            PRIVATE PHYS      GILL,HOWARD,MD
ADM C/O         STS FACIAL PARALYSIS
ADM DIAG
ALLERGIES       NKDA

****  ACCOUNT GUARANTOR INFO  ****      **** NEXT OF KIN/EMERGENCY INFO ****
ANDERSEN,JULIE                          ANDERSEN,JULIE
1061 NE 27TH WAY                        1061 NE 27TH WAY
POMPANO BEACH,FL 33062                  POMPANO BEACH,FL 33062
REL    MOTHER                           HOME PHONE
OCC                                     BUS PHONE                    EXT
EMP    UNEMPLOYED                       RELATION     MOTHER

                                        SPOUSE

PHONE             EXT

**** EMPLOYER INFORMATION ****          ***** ACCIDENT INFORMATION ******
                                        ACCIDENT DATE
                                        ACCIDENT TIME
                                        PLACE
PHONE             EXT                   CAUSE
OCC    MINOR                            ACCIDENT TYPE

          **************   INSURANCE INFORMATION   **************
INS REMARK
AUTHORIZATION

MEDICAID NO 7854589364            MEDICAID DATE    /  /    MEDIPASS N
```

THE FINANCIAL INFORMATION IS BEING PROVIDED AS A COURTESY
AND IN NO WAY IS A GUARANTEE OF THE PATIENT'S COVERAGE.

```
C-852-4022-2-87          E/R FACE SHEET              MR NO   2035530
```

4003423113        MEMORIAL REGIONAL HOSPITAL        HOLLYWOOD, FL        129457C

O U T P A T I E N T    R E G I S T R A T I O N                         08/26/04

RAMOS,GIA                                MEDICAL REC NO    2035530-1
                                         ADMISSION DATE    08/26/04
1061 NE 27TH WAY                                    DEPT   OP REGISTRATION
POMPANO BEACH, FL 33062                             TIME   20:31
                                                    CLERK  C5S
                                         LAST ADMIT DATE
SOCIAL SEC NO.                           PATIENT TYPE      OBSERVATION PATIENT
TELEPHONE NO.        000-000-0000        ACCOUNT NUMBER    423113-0
BIRTHDATE            08/13/2001  AGE 003Y
MARITAL STATUS       SINGLE    SEX FEMALE    ONSET DATE    08/26/04
FINANCIAL CLASS      50        ORIGIN 3      ONSET TIME
RELIGION                                     LOCATION

****** EMPLOYER INFORMATION ******      ***** ACCIDENT INFORMATION ******
                                         ACCIDENT DATE
                                         ACCIDENT TIME
                                         PLACE:
TELEPHONE NO.                   EXT
******* RESPONSIBLE PARTY *******        ***** INSURANCE INFORMATION *****
ANDERSEN,JULIE

1061 NE 27TH WAY
POMPANO BEACH, FL 33062                  CONTRACT NO.
RELATION TO PATIENT MO                   MEDICARE NO.
TELEPHONE NO.                            MEDICAID NO.  7854589364
PAR/SPOUSE NAME                          MANAGED CARE FLAG N
                                         AUTHOR NO.
**********************************************************************
ADMITTING PHYSICIAN LAZAR,SCOTT,MD
PRIVATE PHYSICIAN    GILL,HOWARD,MD
ADMIT DIAGNOSIS   191.7
TESTS:  BRAIN STEM GLIOMA


*************** PHYSICIAN, PLEASE COMPLETE INFORMATION BELOW ***************
                                                         ICD-9        CPT

FINAL DX    _Brain stem tumor_____    _239.6_
            _L. III nerve palsy_____   _351.9_
            _ptosis_____    _374.30_
            _____        ___.__
PROCEDURE   _____        ___.__
            _____        ___.__
            _____        ___.__
            _____        ___.__
            _____        ___.__
            _____        ___.__

CONDITION ON DISCHARGE  _____  DISCHARGE TO
PHYSICIAN SIGNATURE     _____  DATE   8/27/04
                                                    12:00 Noon


                        RAMOS,GIA
                        423113-0      FC=50    08/26/04
                        M/R 2035530-1


FORM NO. C-852-5016-7-86

MR 2035530 ACCT 4003423113
RAMOS,GIA
LAZAR,SCOTT,MD
MRH/OBSV/4 S  466  02        ASG  F 3Y
                            08/13/01

## MEMORIAL HEALTHCARE SYSTEM
### EXPECT SHEET

DATE: 8/26/04

TIME: 1530

TRANSFER: ☐ YES  ☒ NO

HOSPITAL: _____

NAME OF PATIENT: Gina Ramos

AGE: YRS: _____  MONTHS: _____

REFERRING PHYSICIAN: Dr Schaffer

PHONE# REFERRING PHYSICIAN: _____

WANTS A CALL BACK: ☒ YES  ☐ NO

PERTINENT INFORMATION/PLAN: _____

Pt of Howard Gell

Facial nerve palsy
MRI - done north Broward
3 ring enhancing brainstem lesions

eval - call neurosurgery for consult.

PERSON TAKING CALL: Albertucci RN

PATIENT ARRIVED DATE: _____ TIME: _____ MODE: _____

2310--00582-5-98

**Pediatric Emergency Physician Documentation**

☑ Checked box indicates agreement.   All elements not circled/struck/checked/annotated - were not pertinent.

| | Level 1, 2, 3 Documentation / 1 to 3 elements | Level 4 - 4 - elements or 3 chronic or inactive conditions | Level 5 - 4 - elements or 3 chronic or inactive conditions |
|---|---|---|---|

**Date** 8/13/04

**CC: Patient presents to ED with** Brain lesion

Hx Obtained from: ☑ Parent ☐ Pt ☐ Guardian ☐ Other
PCP — Dr. Gill         Subspec. ___
Recent ED Visit ☐ Y ☑ N

**Time seen by M.D.:** 6    A.M./**P.M.**

Mode of Arrival: ☐ Ambulance   ☐ Pvt. auto   ☐ Other

*(History of Present Illness — handwritten)*

Pt is a 3 y.o. ♀

~18 months ago Ⓛ facial palsy, b/c she will show out

3 month ago, thought it was more permanent.

unknown if + indices forehead → neuro appt - schedule!

MRI today Dr. Gill called + told them to come in

Ⓝ fever, N/D.

one     no
shorter, stronger.

Ⓝ neck contact.

☐ History reviewed by physician and agree

| Review of Systems | Allergic/Imm | EENT | Resp | CV | GI | GU | Musculo | Skin | Endocrine | Neuro/Psych | Lymph |
|---|---|---|---|---|---|---|---|---|---|---|---|

☐ All systems negative except as noted
☐ Unable to fully assess due to:
   ( ) altered mental status   ( ) patient condition   ( ) other
   strike negatives    circle positives

**Past Medical History**

Asthma   GER   Developmental Delay   constipation diarrhea
SSD   (PNM)   Immune deficiency
GLR   SZ   Other Chronic Illness
Immunizations ☑ UTD   ☐ NUTD
☐ Surgeries   PET  T&A  VPS  QT

Inherited disorder   Malignancy   Migraines
Asthma   SZ   IDDM

Marital Status
Sub Abuse   Teen Parent   ETOH
Foster Care   - Dom. Violence
Lives locally with parents

Tobacco Exp.   ☐ Yes  ☐ No
Ill Contacts   ☐ Yes  ☐ No
Day Care   ☐ Yes  ☐ No

**ALLERGIES**   ☐ See Nurses Notes.   ☒ NKDA

**MEDS**   ☒ No MEDS

**Physical Exam**   ☑ Normal   (Circle) positives and provide additional documentation

| VITAL SIGNS: | T 98.2 | P 121 | R 32 | BP 84/66 | WEIGHT: 12 kg |
|---|---|---|---|---|---|

**CONST** — General Appearance: ☐ WDWN ☐ VS per nurses notes ☑ Nontoxic/Playful ☐ Well hydrated

**SKIN** — ☐ Normal to inspection ☐ No rashes   ⊕ 7th nerve paralysis on ① side Ⓡ forehead involvement

**HEAD** — ☐ Normal cephalic/Atraumatic ☐ AF soft/flat

**EYES** — ☐ PERRL ☑ Normal conjunctivae ☑ EOM'S intact

**ENT** — ☑ TM'S normal ☐ O/P clear ☑ Moist mucous membranes ☑ Nares clear

**NECK** — ☐ Supple ☐ No Adenopathy ☐ FROM ☐ No tenderness   **BACK** ☐ No tenderness ☐ Atraumatic

**RESP/CHEST** — ☑ Clear with equal BS ☑ Chest normal ☑ No retractions

**CV** — ☑ RRR ☑ No murmurs ☑ No gallops or rubs ☐ Normal cap refill ☐ Pulses ___

**GI** — ☑ Normal bowel sounds ☑ Soft, atraumatic, no HSM ☑ Non tender ☐ No masses

**GU** — ☐ Normal genitalia to inspection ☐ Normal pelvic ☐ Descended testes

**MUSC** — ☑ Normal ROM ☑ No deformities ☐ No tendon injury ☐ No swelling ☐ NV intact distal to injury

**NEURO/PSYCH** — ☑ Non-Focal ☐ Normal developmental milestones ☑ No meningeal signs   CN II-VI, VII-III intact
NL Reflexes B/L, NL motor strength.

Initial Impression/Differential Diagnosis

**Memorial Regional Healthcare System**
**Pediatric Emergency Physician Documentation**

Page 1 of 2

MEDICAL RECORDS

PATIENT/LABEL
MR 2035530  ACCT 4003423113
**RAMOS, GIA**                F  3Y
EMERGENCY MEDICINE       08/13/01
MRH/ED

Form No. 2300-50113  (REV. 4/02)

Version #36235

All specimens not clinically indicated/ordered/anticipated - were not performed.
Information gathering & documentation - pending. Document abnormal findings.

| Lab | | X-Ray | EKG |
|---|---|---|---|
| ☐ CBC | ☐ ESR | ☐ CXR | ☐ 12 Lead    ☐ Rhythm Strip |
| ☐ Bld. CS ordered | ☐ ABG | ☐ ABD | Rate _____  Rhythm _____ |
| ☐ UA | ☐ CRP | ☐ CT | Axis _____  Intervals _____ |
| ☐ Urine CS ordered | ☐ Rapid Strep | ☐ US | |
| ☐ HCG | ☐ Review old charts | | Interpreted By: |
| ☐ Chem | ☐ Stool C&S    ☐ Rotavirus | | ☐ Pulse oximetry |
| ☐ CSF | ☐ RSV    ☐ CSF CS ordered | | _____ % |
| ☐ IV Fluids | | | Interpretation  ☐ Normal    ☐ Hypoxic |

## INTERVENTIONS AND PROCEDURES (CHECK PROCEDURES PERFORMED)

☐ CERUMEN was removed by _____ using irrigation _____ using a curette.
☐ FOREIGN BODY: FB _____ was removed from the _____ . The foreign body was removed using a curette/other _____
☐ The TM and external canal are without apparent injury.
☐ Eye Exam with woods lamp/fluorescein stain done. Uptake ☐ Yes ☐ No Anatomical Location _____
☐ REDUCTION: Closed reduction of the _____ was performed by me. The patient tolerated the procedure well. The neurovascular exam revealed no significant abnormalities. Post reduction x-ray: _____ successful reduction. ____ the attempted reduction was not successful.
☐ SPLINT: An OCL splint was applied to _____ . After the splint was applied, the patient was re-evaluated and the vascular exam was within normal limits.
☐ CONSCIOUS SEDATION: The patient was given conscious sedation with _____ . The patient was monitored using pulse oximetry and a cardiac monitor.
PULSE OXIMETRY: _____ % Interpretation: NL/Hypoxia. Patient underwent procedure w/o complication and appropriate recovery was evident prior to discharge.
☐ RESPIRATORY TREATMENT: Respiratory Medications: ☐ Albuterol x _____ was given. ☐ Atrovent x _____ was given. ☐ PO Prednisolone ☐ Solumedrol _____ mg IV/IM was given ☐ Decadron _____ mg IM was given ☐ Racemic Epinephrine _____ cc was given. After the treatment the patient's symptoms were/were not relieved. Pulse Oximetry: Posttreatment - _____ O2 _____ R/A _____ % Interpretation: NL/Hypoxia
☐ PEAK FLOW: TX _____ POST _____
☐ ABG: Test performed to rule out Hypoxia, Hypercarbia, acid-base abnormalities. _____ O2 lit _____ R/A ph _____ po2 _____ pco2 _____ Bicarb _____ Interpretation _____
☐ DIGITAL BLOCK: _____
☐ LACERATION/S: Laceration length _____ cm Layered Y/N Fascia/muscle/tendon/skin The affected area/s was/were cleaned with _____ and the wound/s was/were copiously irrigated with normal saline. LET ___ % Lidocaine w/w/o epi applied. Laceration/s was/were explored to its/their base/s. There is FB/NoFB in the wound/s. Vascular nerve injury Y/N. Tendon injury Y/N. The wound/s was/were closed with _____ sutures/other _____ . Wound was covered with _____ . ☐ FB removed.
☐ I&D of Abscess _____
☐ Evacuation of Subungal Hematoma _____
☐ BURN: ☐ The burn/s was/were debrided using sterile technique. ☐ Devitalized tissue was removed. ☐ The wound was covered with Silvadene. ☐ The wound was covered with sterile dressing.
☐ LUMBAR PUNCTURE: The risks of the procedure were explained to the _____ including the possibility of complications. This was understood and accepted. The affected area was cleansed with Betadine 1% Lidocaine w/o epinephrine, was/was not injected locally. _____ fluid was obtained. The procedure was indicated to aid in the diagnosis of the patient's medical condition by removing samples of spinal fluid for analysis. The procedure was performed by me. Patient tolerated the procedure well. Culture of the CSF done.
☐ ADDITIONAL MEDICATIONS _____
☐ ET INTUBATION DONE: ETT SIZE _____ ☐ CPR PERFORMED
☐ CHEST TUBE INSERTION _____ Tube size _____
☐ OTHER PROCEDURES BY MD: ☐ IV / I/O access placement _____ ☐ Venipuncture ☐ NG tube placement ☐ Urethral catheterization ☐ Other _____

☐ CONSULT: PMD/ORTHO/SURGERY/OTHER _Neurosurgery_ G _6.50_ _Mene One_ Consulted ☐ By phone at _____ am/pm ☐ In person Case discussed thoroughly and
☐ Agrees with treatment & disposition  ☐ Will evaluate patient in ED  ☐ Will follow up patient in Hrs/Days _____  ☐ Requests transfer to _____
☐ Will admit patient   Multiple consults

ADDITIONAL DOCUMENTATION/RE-EVALUATIONS:
Neurosurg: Dr. Rodriguez, Dr. Haga followed
tomorrow. - Admit   6:45P
Dr. Kramer H/O - will await report
from Dr. Hagar   6:50P

| | | CRITICAL CARE w/ TIME SPENT COMPLETE BY MD |
|---|---|---|
| Primary Diagnosis | | ☐ CRITICAL CARE TIME BELOW DOES NOT INCLUDE TIME FOR SEPARATELY BILLED PROCEDURES. |
| _Brain Lesion, S, R/O Malignancy_ | Secondary Diagnosis | |
| Secondary Diagnosis | Secondary Diagnosis | CRITICAL CARE   Time _____    30-74 minutes ☐    75-105 minutes ☐ |

| Condition | Disposition |
|---|---|
| ☑ Stable  ☐ Improved  ☐ _____ | ☐ Disch.  ☑ Admit  ☐ AMA  ☐ Transfer  ☐ Exp.   Location _____ |

☐ Counselled parents about Dx, lab results & D/C instructions and verbalize understanding.

Chart complete when checked ☑   Signed out to _Dr. Brown_   am/pm   Signature: _____

Version #99235

PATIENT/LABEL

MR 2035530  ACCT 4003423113
**RAMOS,GIA**
EMERGENCY MEDICINE
MRH/ED                    F  3Y
                         08/13/01

| Section 1 | | | | | | Location ☒ Main ED ☐ KidsCare |
|---|---|---|---|---|---|---|
| Date: 8/26/04 | Time: 1715 | Last Name: Ramos | First Name/MI: Gia | Age: 3 | DOB: 8/13/01 | SEX ☐ MALE ☒ FEMALE / Triage Category ①  2  3 |

**Chief Complaint** (Include Description, Duration, & Mechanism of Injury):

Sent for neuro-serg consult
MRI today at N. Broward
"3 brain stem tumors found"
per mom

**Infectious Exposure (what/when):** none

**Isolation:** ☒ None ☐ Respiratory ☐ Contact

**Arrived From:** ☒ Home  ☐ Other ED  ☐ MD's Office  ☐ OTHER: _____

**Arrived Via:** ☒ Carried  ☐ Walked  ☐ Stroller/WC  ☐ EMS (#_____)

**Accompanied By:** ☒ Parent ___ Legal Guardian ___ Police ___ Other

**TREATMENT PRIOR TO ARRIVAL:** ☐ None   MRI at north broward this AM

**RN Initials:** ꙅ︎ɯ

**Time To Tx Area:** 1737

---

## Section 2 — INITIAL SCREENING AND VITAL SIGNS (See Patient Medical Profile ☐)

| TIME: 1715 | TEMP: 98.2 Route: | Heart Rate: 121 | Resp Rate: 32 | BP: 89/66 | O2 Sat, if applicable: | HEIGHT, if applicable: ___ In | WEIGHT: 13.3 Kg |
|---|---|---|---|---|---|---|---|

**Pre-Existing Conditions/Past Medical History:** ☐ None
☐ Asthma  ☐ Diabetes  ☐ Seizures  ☐ Sickle Cell Disease
☒ Other: Facial nerve palsy

**Current Medications including Herbal Remedies:** ☒ None

| Name | Dose | Frequency | Last Dose |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

**Immunizations UTD?** ☒ Yes ☐ No

**History Received From:** ☒ Parent ___ Legal Guardian ___ Police ___ Patient ___ Other: _____

**Allergies:** (Including Food, Medication, & Latex) ☒ None  ☐ Allergy bracelet applied

**Name of Primary/Referring MD** Dr. Gil

☒ Patients Rights Given to Family

---

## PAIN ASSESSMENT

- Have you/your child recently experienced pain? Yes ☐ No ☒
- Is one of the reasons you/your child is seeking treatment at this time because of pain? Yes ☐ No ☒
  (If one or more "Yes" responses, continue with initial pain assessment below.)
- Are you currently treating your/your child's pain? Yes ___ No ___
  If YES, how? ___
- Is your/your child's present pain management effective? Yes ___ No ___
- Patient's pain goal: ☐ pain free  ☐ pain reduction  ☐ other ___

**Nursing Assessment of Site:**
#1 ___
#2 ___
Does the pain radiate? ___
When did it start? ___
What makes it better? ___
What makes it worse? ___
How long does it last? ___

**Quality** ☐ unable to describe
☐ ache ☐ burning ☐ throb ☐ pressure
☐ sharp ☐ dull
**Nonverbal Signs** ☐ None
☐ grimace ☐ moaning ☐ restless ☐ position
☐ crying ☐ vital sign change
☐ other ___

**Effects of Pain** ☐ None
☐ sleep pattern ☐ depressed ☐ vital sign change
☐ physical ☐ appetite/feeding ☐ irritable
☐ relationship w/others ☐ other ___

**Plan:** ☐ Initiate pain documentation
☐ Initiate education record
☐ "The ABC's of Pediatric Pain Management" given to patient / family.

(Indicate on the pain scale the severity of child's pain)

0 ___ 1 ___ 2 ___ 3 ___ 4 ___ 5 ___

## ABUSE SCREENING TOOL

1. Is the extent of the injury/condition inconsistent with the history provided?
   ☐ Yes ☒ No
2. Is the injury/condition inconsistent with the sequence of events (time element) described in the explanation?
   ☐ Yes ☒ No
3. Are there any unexplained injuries?
   ☐ Yes ☒ No
4. Is there reasonable suspicion of sexual/physical/mental abuse or neglect?
   ☐ Yes ☒ No

Explain: ___

Social Service/Clinical Resource Management consult to be initiated, if one or more "yes" responses. Reported to 1-800-96-ABUSE
By: ___ at ___

☐ New onset: Time ___ Initial ___

---

| FLACC SCALE | (Score each category by choosing 0, 0.5, or 1 for a total score range of 0-5) | | |
|---|---|---|---|
| **Categories** | **0** | **0.5** | **1** |
| Face | No particular expression or smile | Occasional grimace or frown, withdrawn, disinterested | Frequent to constant quivering chin, clenched jaw |
| Legs | Normal position or relaxed | Uneasy, restless, tense | Kicking or legs drawn up |
| Activity | Lying quietly, normal position, moves easily | Squirming, shifting back and forth, tense | Arched, rigid, or jerking |
| Cry | No cry (awake or asleep) | Moans or whimpers; occasional complaint | Crying steadily, screams or sobs, frequent complaints |
| Consolability | Content, relaxed | Reassured by occasional touching, hugging or being talked to, distractible | Difficult to console or comfort |

KEY: 😀 NO HURT  😊 HURTS LITTLE BIT  😐 HURTS LITTLE MORE  😟 HURTS EVEN MORE  😣 HURTS WHOLE LOT  😭 HURTS WORSE

---

**Joe DiMaggio ♥ Children's Hospital**
**Ⓜ Memorial Healthcare System**
. PEDIATRIC EMERGENCY DEPARTMENT NURSING RECORD

PAGE 1 OF 4

PATIENT/LABEL
MR 2035530  ACCT 4003423113
RAMOS,GIA
EMERGENCY MEDICINE  F 3Y
MRH/ED  08/13/01

H-00260
r. 1/04)

| Section 3 | INITIAL ASSESSMENT |
|---|---|

**General Appearance/Objective Data:**

①facial drooping
Smiling, ambulating 5 difficulty

**Neurological Status:** ☐ N/A
☒ Awake/Alert/Active   ☐ GCS ___
☒ Orientation appropriate for age
☒ Behavior appropriate for age
☐ Quiet
☐ Crying
    ___ Strong   ___ Consolable
    ___ Weak   ___ Inconsolable
    ___ High Pitched
☐ Drowsy
☐ Sleeping/Arouses Easily
☐ Developmentally Delayed
☐ Other ___

**Fontanelle:** N/A (≥ 18 mo)  ☐ Soft & Flat
☐ Depressed  ☐ Bulging  ☐ Closed

**Psychosocial** ☐ N/A
☒ Cooperative   ☐ Uncooperative
☐ Combative   ☐ Anxious
☐ Flat Affect   ☐ Crying
Expresses ☐ Suicidal ☐ Homicidal
    Ideation   Ideation
Plan ☐ Yes ☐ No

**Spiritual/Cultural**
☒ None Identified
☐ Special Needs Identified
☐ Priest, Rabbi, Minister Offered

**Educational/Learning**
☒ No Barriers Identified
☐ Communication/Learning Barrier
☐ See Patient/Parent Education

**Respiratory Status** ☐ N/A
Breath Sounds ___ Clear bilat
☒ Even & Unlabored
☐ Retracting ___
☐ Nasal Flaring  ☐ Grunting
☐ Stridor
☐ Cough
☐ Other ___

**Circulatory Status** ☐ N/A
Apical Pulse ___
☒ Strong & Regular
☐ Other ___
Cap refill _2_ secs

**PMI** ☐ N/A
☒ No Problems Noted
☐ Other ___

**Mucous Membranes** ☐ N/A
☒ Moist
☐ Sticky
☐ Dry

**Skin Temperature** ☐ N/A
☒ Warm   ☐ Cool   ☐ Hot
☒ Dry   ☐ Moist

**Skin Color** ☐ N/A
☒ Pink
☐ Pale
☐ Other ___

**Extremities** ☐ N/A
MAE
☒ Without Difficulty
___ Limited ROM
___
☒ Neurovascular Status Intact
☐ Other ___

**Gastrointestinal: Abdomen** ☐ N/A
☒ Soft
☒ Flat
☐ Rounded
☐ Distended
☐ Firm
☐ Tender
☐ Other ___

**Bowel Sounds** ☐ N/A
    ☒ Present
    ___ Absent
    ___ Other ___

**Intake** ☐ N/A
☒ Normal
☐ Decreased

**Genitourinary** ☐ N/A
☒ Voiding Patterns Normal
☐ Other ___
☐ LMP ___ (if applicable)

**Output** (if applicable)
☒ Last BM Yesterday
☐ Last voided/wet diaper ___

**BODY FIGURE**
Identify Any Items Below,
if applicable

A = Abrasion        B = Burn
Av = Avulsion       Br = Bruise
De = Deformity      C = Cast
L = Laceration      P = Pain
Er = Erythema       R = Rash
Sw = Swelling       S = Scar
O = Other ___

R   FRONT   L

L   BACK   R

NURSE (print) x Elisse Weiner RN 64720

NURSE (signature) x Ellen RN 64720

| **Ongoing Vital Signs** | | | | | | **Neurological Status** | | | | | | | | **Blood Glucose** | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Time | Temp | HR | RR | BP | Initials | Time | Pupils SIZE | Pupils REACT | Eyes | Verbal | Motor | Total | Initials | Time | Dxt |
| 2030 | 97.9 | 109 | 28 | 81/54 | AC | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |

| **Ongoing Pain Assessment** | | | | **Ongoing Respiratory Assessment** | | | | | | | | | | **Peak Flow (PF)** | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Time | | | | Time | HR | RR | Pre | Post | Effort | Retract | Sat | O2 | Initials | Time | PF |
| Pain Score | | | | | | | | | | | % | L | | | |
| Location | | | | | | | | | | | % | L | | | |
| Quality | | | | | | | | | | | % | L | | | |
| Non-Verbal | | | | | | | | | | | % | L | | | |
| Intervention | | | | | | | | | | | % | L | | | |
| Acceptable? | | | | | | | | | | | % | L | | | |
| Initials | | | | | | | | | | | % | L | | | |
| SEE PAGE 4 FOR PAIN ASSESSMENT KEY | | | | Breath (BS) Sounds / Pre/Post: C - Clear, W - Wheeze, RH - Rhonchi | | R - Rales/Crackles, D - Decreased, O - Other | | N - Non-Labored, L - *Labored (*Mild-Mod-Severe) | | Retracting: S - Suprasternal, Sub - Substernal, I - Intercostal | | | | Expected Peak Flow: | |

| **Medication Administration** | (*Medication Effectiveness N = None  P = Partial  C = Complete) | | | | |
|---|---|---|---|---|---|
| Time | Name of Medication | Dosage | Route / Site | *Med Effect | Initials |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| Intravenous Intake | | | | | | | | PO/NG/GT Intake | □ None | | | Output | □ None | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Time | IV Site | Solution | Amount Hung | Rate | Cum Total | Site Check | Initials | Time | Type | Route | Vol | Time | Type | Vol |
|  |  |  |  |  |  |  |  | 1715 | NPO |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| | | Total Parenteral Intake: | | | | | ml | | Total Intake: | | | Total Output: | | |

**Section 4** | IV Site Check | ✓ = No redness, swelling, or tenderness. All others require narrative documentation

**GOAL:** To deliver individualized care that is appropriate to the patient's needs and severity of conditions/disease, that will achieve the appropriate level of disposition.

### Plan / Intervention

□ Minimize Swelling  □ Provide Pain Relief  □ Decrease Temperature  □ Promote Education  □ Infection Control  □ Facilitate Airway
□ Provide Safety  □ Control Bleeding  □ Increase Cardiac Output  □ Increase Tissue Perfusion  ☑ Provide Comfort  □ Other

| Time | ONGOING ASSESSMENT / PLAN OF CARE |
|---|---|
| 1715 | Explained plan of care c̄ parents ~ encouraged to express fears & concerns ~ comfort measures provided ~ aware of NPO status ~ EW |
| 1845 | Received report from A. Flecker RN. Assumed care of pt. ———— SN |
| 2030 | Parents updated on plan of care + proc. Pt. alert active + |
| 2100 | Report given to Adele RN. Pt. transported to 466-2 via wheelchair c̄ parents. ———— SN |

### SIGNATURES

Signature _Ewenin_ RN 64720  Initials _EW_
Signature _SNodu_ RN 64559  Initials _SN_

Signature _____ Initials _____
Signature _____ Initials _____

**Joe DiMaggio ♥ Children's Hospital**
**M Memorial Healthcare System**

PAGE 3 OF 4

PEDIATRIC EMERGENCY DEPARTMENT NURSING RECORD

□ See Continuation of Narrative Notes
PATIENT/LABEL

MR 2035530  ACCT 4003428113
RAMOS, GIA          F  3Y
EMERGENCY MEDICINE    08/13/01
MRH/ED

300-00260
(Rev. 1/04)

**Patient/Parent Education**

| Patient/Parent Primary Language: | ☒ English | ☐ Other (Specify): | | |
|---|---|---|---|---|
| Translator Utilized: | ☒ No | ☐ Yes - Name: | | |

| TOPIC | WHO WAS TAUGHT | RESPONSE | | | INITIALS |
|---|---|---|---|---|---|
| **Monitoring** | | ☐V ☐N ☐R ☐O | | | |
| C/R Monitor | | ☐V ☐N ☐R ☐O | | | |
| O2 Sat Monitor | | ☐V ☐N ☐R ☐O | | | |
| Conscious Sedation Monitoring | | ☐V ☐N ☐R ☐O | | | |
| **Respiratory** | | ☐V ☐N ☐R ☐O | | | |
| Aerosol Treatment | | ☐V ☐N ☐R ☐O | | | |
| Oxygen Therapy | | ☐V ☐N ☐R ☐O | | | |
| Suction | | ☐V ☐N ☐R ☐O | | | |
| **Medication** | | ☐V ☐N ☐R ☐O | | | |
| Antibiotics | | ☐V ☐N ☐R ☐O | | | |
| Albuterol | | ☐V ☐N ☐R ☐O | | | |
| Steroids | | ☐V ☐N ☐R ☐O | | | |
| Tetanus Toxoid   VIS (    ) | | ☐V ☐N ☐R ☐O | | | |
| Antipyretics | | ☐V ☐N ☐R ☐O | | | |
| Pain Medication | | ☐V ☐N ☐R ☐O | | | |
| LET | | ☐V ☐N ☐R ☐O | | | |
| Dermabond | | ☐V ☐N ☐R ☐O | | | |
| Charcoal | | ☐V ☐N ☐R ☐O | | | |
| EMLA | | ☐V ☐N ☐R ☐O | | | |
| Other | | ☐V ☐N ☐R ☐O | | | |
| **Procedures** | | ☐V ☐N ☐R ☐O | | | |
| Labwork | | ☐V ☐N ☐R ☐O | | | |
| IV/Saline Lock | | ☐V ☐N ☐R ☐O | | | |
| OCL/Splint | | ☐V ☐N ☐R ☐O | | | |
| Lumbar Puncture | | ☐V ☐N ☐R ☐O | | | |
| Urine Cath/Bag/Clean Catch | | ☐V ☐N ☐R ☐O | | | |
| X-Ray | | ☐V ☐N ☐R ☐O | | | |
| Special Radiology | | ☐V ☐N ☐R ☐O | | | |
| RSV Specimen Collection | | ☐V ☐N ☐R ☐O | | | |
| Suturing/Wound Care | | ☐V ☐N ☐R ☐O | | | |
| **Diet** | | ☐V ☐N ☐R ☐O | | | |
| NPO | M   F | ☒V ☐N ☐R ☐O | | | eu |
| Special Diet | | ☐V ☐N ☐R ☐O | | | |
| **Miscellaneous** | | ☐V ☐N ☐R ☐O | | | |
| Side Rails | | ☐V ☐N ☐R ☐O | | | |
| Isolation Precautions | | ☐V ☐N ☐R ☐O | | | |
| Car Seat/Child Passenger Safety | | ☐V ☐N ☐R ☐O | | | |
| Home Safety | | ☐V ☐N ☐R ☐O | | | |
| Diagnosis/Discharge Related Teaching | | ☐V ☐N ☐R ☐O | | | |
| Pain/Pain Management | | ☐V ☐N ☐R ☐O | | | |
| Other | | ☐V ☐N ☐R ☐O | | | |

M - Mother  F - Father
Pt - Patient
L - Legal Guardian
O - Other

V - Verbalizes Understanding
N - Needs Reinforcement
R - Reinforced
O - Other (Written Material, etc...)

## ADMISSION INFORMATION

ADMIT TO: _4/6/6-2_ (Floor/Room)

Escorted By: ☒ LPCA/Paramedic/Transport
☐ Nurse    ☐ MD
☐ Parent   ☐ Other

Escorted Via: ☒ Wheelchair/Stroller
☐ Stretcher
☐ Wagon
☐ Crib

Equipment Used: ☒ None
☐ Monitor    ☐ Oxygen

Time: _2100_    Date: _8/28/04_

Report Given To: _Adele RN_

## DISCHARGE INFORMATION

Time: _____    Date: _____

Discharged By: _____ RN
Parent/Guardian/Patient has verbalized
understanding of discharge instructions.
(See Patient/Parent Education/Plan of Care)

## PAIN ASSESSMENT KEY

**Quality** A = Ache   B = Burning   C = Crushing
D = Dull   S = Sharp   T = Throb
U = Unable to Describe
**Non-Verbal** C = Crying   G = Grimace
Gu = Guarding   M = Moaning   R = Restless
VS = Vital Sign Change   O = Other _____
**Intervention** M = Medication   P = Positioning
Ty = Thermotherapy   E = Education   Mu = Music
Gd = Guided Imagery   Di = Distraction
CI = Child Life   O = Other _____
**Acceptable Level of Pain?** Y = Yes   N = No

## FUNCTIONAL RISK ASSESSMENT

☐ Age appropriate independence with all aspects or previously diagnosed chronic condition/developmental delay.

☐ Undiagnosed developmental delay
— if this area is checked, refer the family to their physician or the Pembroke Primary Care Pediatric Clinic for a Pediatric Early Intervention Program referral.

**FLACC SCALE LOCATED ON PAGE 1**

## NUTRITIONAL RISK ASSESSMENT

☒ Given to Patient/Parent/Legal Guardian to be completed

## DISCHARGE PAIN ASSESSMENT

☐ FLACC SCALE

| 0 | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|
| NO HURT | HURTS A LITTLE | A LITTLE MORE | EVEN MORE | HURTS A LOT | HURTS THE MOST |

Location _____    Acceptable?
Quality _____    ☐ Yes   ☐ No
Non-Verbal _____
Intervention: _____
☐ Medication ☐ Education ☐ Other _____

## Advanced Nursing Interventions

1. ☐ Acetaminophen 15mg/kg _____ (initials)
*First line antipyretic therapy. Contraindicated in patient's with known hypersensitivity or liver disease.

2. ☐ Ibuprofen 10mg/kg _____ (initials)
*Second line antipyretic therapy. Contraindicated in patient's with chicken pox, asthma or wheezing, hypersensitivity to ASA, coagulopathy, emesis moderate dehydration, renal or liver disease, less than 2 weeks post-operative, or infant's less than 6 months of age. May be used for pain relief.

3. ☐ Urine Pregnancy Test _____ (initials)
*Consult ED MD Before ordering x-ray studies on any potentially pregnant female.

4. ☐ Nebulized Albuterol _____ (initials)
*For patient's with PMH of wheezing now with shortness of breath or cough.
_____ Less than 20kg
    1.25 mg (1/2 unit dose) plus 1.5 cc
    saline via facemask
_____ 20kg or more
    2.5mg (unit dose) **without added saline**
    via facemask or mouthpiece.

5. ☐ Extremity Films _____ (initials) **Possible Fracture**
*Determine the mechanism of injury and exact location of pain. Evaluate the joint above and below for acute limitation of movement. Perform as indicated:
Clavicle   Elbow   Hand   Tib/Fib   Foot
Shoulder   Forearm   Finger   Ankle   Wrist
Humerus   Knee   r/o Foreign Body (glass/metal)
**All others only after consultation with ED MD

6. ☐ Strep Screen _____ (initials)
*Chief complaint of fever and sore throat or exudative pharyngitis on an oral exam.

7. ☐ Urinalysis and Culture _____ (initials)
*Reported signs or symptoms of UTI, abdominal pain or trauma, or flank pain. Exclude males with urethral discharge.

8. ☐ L.E.T. Gel _____ (initials)
*Apply to lacerations of the scalp or face, excluding eyelids, ear, mucous membranes or nasal openings.

# INSTRUCTIONS ON CARING FOR YOURSELF

**ACTIVITIES:**  ☑ No Restriction

☐ Complete bed rest  ☐ Up to meals
☐ Up to bathroom  ☐ May drive
☐ Frequent rests  ☐ Confined to house
☐ May return to work  ☐ No heavy lifting

Discharge Planning _____

_____

Diet: _Regular_

Explanation of activities: _Regular_

_____

Additional instructions: _Outpatient at_
_7:00 AM Monday_

**HYGIENE:**  ☑ Tub  ☑ Shower  ☐ Sponge

Special Bath: _____

Special Equipment/Instructions: _____

_____

_____

☐ Weight Monitoring: _____

☐ Heart Failure patient education and discharge sheet given

**PAIN MANAGEMENT:**

☐ RX given

☐ Alternative Therapy

☑ If Increase in Pain or Change in Pain Description - Notify your Physician

**\* Check with your Physician about your Flu and Pneumococcal vaccine status. \***

| MEDICATION | DOSE | TIMES | PURPOSE / INSTRUCTIONS |
|---|---|---|---|
| Lacrilube ointment | | apply to eyes at bed time | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**\*\*NOTE: POTENTIAL FOOD-DRUG INTERACTIONS ARE LISTED ON THE BACK OF THIS FORM\*\***

Call Dr. _____ office, phone number _____ to schedule a follow-up appointment in _____ weeks/days. If you have any questions or your condition worsens, call your doctor. These instructions have been reviewed with me and my signature below indicates that I understand what has been explained.

Signature Patient/Other X _____ Relationship _Dem_ Date _8/27/04_

☐ Potential Food-Drug Interactions information has been reviewed by me.

Nurse's Signature _____ Date _8/27/04_

**PLEASE BRING YOUR COPY OF THIS INSTRUCTION SHEET TO THE DOCTOR'S OFFICE**

White - CHART COPY    White #2 - PATIENT COPY    Pink - PHYSICIAN

**M Memorial**
**Healthcare System**
PATIENT DISCHARGE
INSTRUCTION SHEET

2300-00271 (REV. 08/03)

MR 2035630  ACCT 4003423113
RAMOS, GIA                    ASC  F  3Y
LAZAR,SCOTT,MD               08/13/01
MRH/OBSV/4 S  466  02

# FOOD-DRUG INTERACTIONS

The Clinical Dietitians and Pharmacists of the Memorial Healthcare System want you to be aware of possible interactions between foods and the drugs which may be prescribed for you. This information has been prepared as a guide of potentially significant interactions. It does not attempt to discuss all possible food-drug interactions, nor does it list potential drug-drug interactions. You are encouraged to contact your doctor, pharmacist or registered dietitian if you have questions or concerns. **IMPORTANT NOTE:** To prevent stomach upset/gastric irritation, take ALL medications with a full glass of water and do not lie down for at least 30 minutes after taking medications.

## TAKE 1 HOUR BEFORE OR 2 HOURS AFTER MEALS:

| | |
|---|---|
| Accolate (zafirlukast) | Noroxin (norfloxacin) |
| Alkeran (melphalan) | **Penicillin & Derivatives:** |
| Bethanechol (Duvoid, Urecholine) | ampicillin, dicloxacillin, etc. |
| Capoten (captopril) | Pletal (cilostazol) |
| Cardizem CD/SR (diltiazem) | Persantine (dipyridamole) |
| Carafate (sucralfate) | Rifampin (Rifadin) |
| Crixivan (indinavir) | Rilutec (Riluzole) |
| Didronel (etidronate) | Tetracycline (Achromycin, Sumycin) |
| Isoniazid (INH) | Univasc (moexipril) |
| Lorabid (loracarbef) | Videx (didanosine) |

## TAKE 30 MINUTES BEFORE MEALS:

| | |
|---|---|
| Bentyl (dicyclomine) | Lopid (gemfibrozil) |
| Fosamax (alendronate) | Prevacid (lansoprazole) |
| Glucotrol (glipizide) | Prilosec (omeprazole) |
| Insulin – regular | Reglan (metoclopramide) |
| Levsin (hyoscyamine) | Xeloda (capecitabine) |
| Humalog and Novolog Insulin (** 15 minutes before meals) | |

## DO NOT TAKE WITH MILK/DAIRY PRODUCTS:

| | |
|---|---|
| Didronel (etidronate) | **Quinolone Antibiotics:** |
| Dulcolax (bisacodyl) | Cipro (ciprofloxacin) Floxin (ofloxacin) |
| Fosamax (alendronate) | Noroxin (**norfloxacin**) |
| **Iron Supplements:** | Tetracycline (Achromycin, Sumycin) |
| (Feosol, Fergon, ferric sulfate) | Vibramycin (doxycycline) |
| Mercaptopurine | |

## AVOID ALCOHOLIC BEVERAGES:

**Anticonvulsants Including:**
Tegretol (carbamazepine); Dilantin (phenytoin); Depakene (valproic acid); Depakote (divalproex); Lamictal (lamotrigine); Mysoline (primidone); Neurontin (gabapentin); Phenobarbital; Topamax (topiramate); Zarontin (ethosuximide);

**Antidiabetic Medications Including:**
Diabinese (chlorpropamide); Glyburide (Diabeta, Micronase, Glynase); Glucotrol (glipizide); Tolbutamide (Orinase); Tolinase (tolazamide); Glucophage (metformin);

| | |
|---|---|
| **Antidepressants** | Isoniazid (INH) |
| **Antihistamines** | Lomotil (diphenoxylate) |
| **Antipsychotics** | Macrodantin (nitrofurantoin) |
| Antabuse (disulfiram) | Niacin |
| Cogentin (benztropine) | **Pain/Anxiety Medications** |
| Coumadin (warfarin) | **Sleeping Medications** |
| Flagyl (metronidazole) | **Sulfonamides:** |
| Furoxone (furazolidone) | Bactrim (cotrimoxazole); Azulfidine |
| Fulvcin (griseofulvin) | (sulfasalazine), etc |
| Insulin | |

## AVOID POTASSIUM/SALT SUBSTITUTES:

| | |
|---|---|
| Accupril (quinapril) | Lotensin (benazepril) |
| Aldactone (spironolactone) | Midamor (amiloride) |
| Altace (ramipril) | Monopril (fosinopril) |
| Capoten (captopril) | Prinivil, Zestril (lisinopril) |
| Dyazide, Maxzide (triamterene+) | Univasc (moexipril) |
| Dyrenium (triamterene) | Vasotec (enalapril) |

Rev. 3/02

## TAKE WITH FOOD OR MEALS:

**Antidepressants Listed:** Desyrel (trazodone); Effexor (venlafaxine); Elavil (amitriptyline); Klonopin (clonazepam); Lithium; Paxil (paroxetine); Sarzone (nefazodo); Zoloft (sertraline)

**Nonsteroidal Anti-Inflammatory Drugs Including:** Clinoril (sulindc); Daypro (oxaprozin); Dolobid (diflunisal); Feldene (piroxicam); Ibuprofen (Advil, Motrin, etc.); Ind (indomethacin); Lodine (etodolac); Meclomen (meclofenamate); Nalfon (fenoprofen); Naprosyn (Anaprox, Aleve, Naproxen); Orudis (ketoprofen); Relafen (nabumetone); To (tolmetin); Toradol (ketorolac); Voltaren (diclofenac)

| | |
|---|---|
| Aldactone (spironolactone) | **Iron Supplements** |
| Amaryl (glimepiride) | Kaletra (lopinavir/ritonavir) |
| Augmentin (amoxicillin/clav) | Macrodantin (nitrofurantoin) |
| Calan SR, Isoptin SR (verapamil sustained release) | Matulane (procarbazine) |
| Ceftin (cefuroxime axetil) | Mepron (atovaquone) |
| Cleocin (clindamycin) | Mevacor (lovastatin) |
| Codeine | Mexitil (mexiletine) |
| Cogentin (benztropine) | Nizoral (ketoconazole) |
| Cordarone (amiodarone) | Norvir (ritonavir) |
| Coreg (carvedilol) | Parlodel (bromocriptine) |
| Cycloserine (Seromycin) | **Potassium Supplements:** |
| Cytotec (misoprostol) | (K-Dur, Kaon, Micro K, Ten K ) |
| Decadron (dexamethasone) | Precose (acarbose) *w/1st bite of meal |
| Depakene (valproic acid) | Prednisone |
| Depakote (divalproex) | Reminyl (galantamine) |
| Diamox (acetazolamide) | Sporanox (itraconazole) |
| Dilantin (phenytoin) | Tegretol (carbamazepine) |
| Disalcid (salsalate) | Ticlid (ticlopidine) |
| **Estrogens:** (Estrace, Premarin) | Trental (pentoxifylline) |
| Exelon (rivastigmine) | Vantin (cefpodoxime) |
| Fortovase (saquinavir) | Vibramycin (doxycycline) |
| Glucophage (metformin) | Viracept (nelfinavir) |
| Hydrocortisone | Zarontin (ethosuximide) |
| | Zyloprim (allopurinol) |

## DO NOT TAKE WITH GRAPEFRUIT JUICE:

| | |
|---|---|
| Buspar (buspirone) | Prograf (tacrolimus) |
| Calan, Isoptin (verapamil) | Quinidine |
| Halcion (triazolam) | Sandimmune, Neoral |
| Mevacor (lovastatin) | (cyclosporine) |
| Nimotop (nimodipine) | Sporanox (itraconazole) |
| Norvasc (amlodipine) | Sular (nisoldipine) |
| Plendil (felodipine) | Tegretol (carbamazepine) |
| Pletal (cilostazol) | Zocor (simvastatin) |
| Procardia, Adalat (nifedipine) | |

## IF YOU ARE TAKING COUMADIN (WARFARIN):

**Avoid changes in intake of foods high in Vitamin K, including:
Liver (beef, chicken, pork)        Green tea
Chick peas (garbanzos, hummus)    Soybeans & soybean oil
Green, leafy vegetables (broccoli, brussels sprouts, turnip greens, Collard greens, kale, cauliflower, cabbage, lettuce)
Avoid Garlic and Gingko supplements

## IF YOU ARE TAKING THESE MEDICATIONS AVOID TYRAMINE-RICH FOOD (CONSULT DIETITIAN AS NEEDED):

| | |
|---|---|
| Eldepryl (selegiline) | Nardil (phenelzine) |
| Mutalace (procarbazine) | Pamate (tranylcypromine) |
| Isoniazid (INH): avoid tuna, canned fish, Swiss/Cheshire cheeses | |

## TAKE CONSISTENTLY WITH REGARD TO MEALS:

| | |
|---|---|
| Coumadin (warfarin) | Quinaglute (quinidine gluconate) |
| Lanoxin (digoxin) | Theophylline (product-dependent) |

## DISCHARGE ASSESSMENT NOTE

### SECTION I: Check appropriate square.

**DISCHARGE TO:**
[✓] Home
[ ] Home with Home Health
If going home, is patient able to:

|  | Yes | No | With Assist |
|---|---|---|---|
| Bathe self | [✓] | [ ] | [ ] |
| Feed self | [✓] | [ ] | [ ] |
| Ambulate/Transfer | [✓] | [ ] | [ ] |
| Equip./O₂ needs? | [ ] | [✓] | |

Equip./O₂ available at home?   [ ] [ ]  (N/A)
Support at home?   [✓] [ ]
   Who? _mom_
Has Social Worker/CRM seen the patient?   [ ] [✓]
If no, does Social Worker need to see patient prior to discharge?   [ ] [✓]
Home Health phone numbers on discharge instructions?   [ ] [✓] (N/A)

**DISCHARGE TO:**
[ ] Nursing Home
[ ] Assisted Living Facility
[ ] MRH Rehab
[ ] Other Rehab _____
[ ] TCU
[ ] Other Hospital _____
[ ] AMA
[ ] Other _____

**PATIENT STATUS:**
[✓] Ambulatory
[ ] Stretcher
[ ] Wheelchair

**ACCOMPANIED BY:**
[✓] Family member
[ ] Friend
[ ] Ambulance personnel
[ ] Other _____

**VALUABLES / BELONGINGS:**
[✓] With patient
[ ] Given to family
[ ] Picked up at cashier
[ ] Dentures
[ ] Glasses
[ ] Hearing aids

**MEDICATIONS BROUGHT FROM HOME:**
[ ] Given to patient
[ ] Given to family member
[ ] Other _____
[✓] None

**SUPPLIES GIVEN:**
[ ] Dressings
[ ] Other _____
[✓] None

### SECTION II:    Review patient's chart for pertinent information. Patient/significant other was instructed in the following and verbalizes understanding

[✓] Prescription medications
[✓] Discharge instructions given to patient/significant other
[ ] Educational material: _____
[ ] Other _____

[ ] Dressing change / wound care procedures
[ ] Special dietary instructions
[ ] Smoking cessation literature
[ ] Cardiac patient education discharge sheet

### SECTION III:    Assessment within one hour prior to discharge, or per specialty standard.

Status changed from last assessment.    [ ] Yes    [✓] No

(If yes, describe): _____

Vital Signs  B/P _____  T _96°_ Ax  P _109_  R _26_

Status of dressings / drains / IV's / feeding tubes / decubitus (if not applicable, leave blank):

_____

Additional notes. _____

_____

| _(signature)_ | _KWethinaRN_ | _8-27-04_ | _1530_ |
|---|---|---|---|
| RN | PRINT NAME | DATE | TIME |

(*No check marks or notations signifies not applicable)

**M Memorial Healthcare System**
NURSING DISCHARGE ASSESSMENT NOTE

PATIENT/ABEL  ACCT 4003423113
MR 2035530
RAMOS,GIA      ASG  F 3Y
LAZAR,SCOTT,MD      08/13/01
MRH/OBSV/4 S  466  02

2310-10011 (REV 12/03)

MEMORIAL REGIONAL HOSPITAL
Printed: Thu Aug 26, 2004 10:00 PM

```
Name=RAMOS,GIA                                      MRUN=2035530
 DOB=08/13/2001      Age=3Y        Sex=F          Acct #=4003423113
Loc/Svc=4S-466-02/OBV                           Admit Date=08/26/2004
FINAL REPORT
Type=HISTORY AND PHYSICAL
Dictated By=LAZAR,SCOTT (MD)
=====================================================================
```

DATE OF ADMISSION:  08/26/04

CHIEF COMPLAINT:  Likely brainstem glioma with left facial nerve palsy.

HISTORY OF PRESENT ILLNESS:  Gia is a 3-year-old.  She is the full-term
product of a normal spontaneous vaginal delivery without complications.
She has no past medical history.  She has never been admitted to the
hospital.  Mom says at 18 months of age she pointed out to her
pediatrician that the child had a left facial droop.  She was apparently
told at that time that it would resolve.  It is now 18 months later.
Mom says over the last couple of months it has gotten worse.  Her
pediatrician recently ordered a MRI scan of the brain.  The MRI was
accomplished today.  Mom says she has also had a left ptosis.  The MRI
was done at Broward General Hospital.  It was called to the patient's
new pediatrician, Dr. Gil.  Dr. Gil got the report that there was likely
a midbrain glioma.  Because of that, he sent her to the emergency room
here at Joe DiMaggio Children's Hospital.  She has had no headaches, no
nausea, no vomiting, no diarrhea, no urinary tract infection type
symptoms, no upper respiratory infection type symptoms, no pain.  She
has had no loss of balance.  She has had no hemiplegia or hemiparesis.
She has had no abnormal smell.

PAST MEDICAL HISTORY:  Her past medical history is as above.

PAST SURGICAL HISTORY:  Her past surgical history is negative.

ALLERGIES:  She is not allergic to any medicines and is not taking any
medicines.

IMMUNIZATIONS:  Her immunizations are up to date.  Her pediatrician is
now Dr. Howard Gil, who works at Holy Cross Hospital.

GROWTH AND DEVELOPMENT:  Her growth and development have been normal.

FAMILY HISTORY:  Family history is unremarkable.

SOCIAL HISTORY:  The patient lives with mom and mom's boyfriend, who are
both in good health.  No one is ill at home.

PHYSICAL EXAMINATION:
GENERAL APPEARANCE:  On physical examination at the present time, she is

MEMORIAL REGIONAL HOSPITAL

```
Name=RAMOS,GIA                                    MRUN=2035530
 DOB=08/13/2001      Age=3Y        Sex=F          Acct #=4003423113
Loc/Svc=4S-466-02/OBV                          Admit Date=08/26/2004
FINAL REPORT
Type=HISTORY AND PHYSICAL
Dictated By=LAZAR,SCOTT (MD)
=====================================================================
```

well-developed, well-nourished, in no acute distress.  She is running
around the emergency room but has an obvious left facial droop and left
ptosis.
VITAL SIGNS:  Her heart rate was 100 beats per minute.  Her respiratory
rate was 16.  Her blood pressure was recorded as 85/65 and she is
afebrile.
HEAD, EARS, EYES, NOSE AND THROAT:  On HEENT examination, she is
normocephalic and atraumatic.  Her extraocular movements are completely
intact.  I do not appreciate any exo or isotropia.  Her pupils are
reactive to light.  Her tympanic membranes are clear.  Her nares are
clear.  Her sclerae are anicteric.  Her pharynx is positive for moist
mucous membranes and clear.
LYMPH NODES:  Her nodes are negative.
NECK:  Neck is supple with full range of motion.
CARDIOVASCULAR:  Regular rate and rhythm.  S1, S2.  No murmur, rub or
gallop.
LUNGS:  Lungs are clear to auscultation bilaterally.
ABDOMEN:  Her abdomen is soft, nontender and nondistended.  Positive
bowel sounds.
EXTREMITIES:  Extremities are warm and well-perfused with no clubbing,
cyanosis or edema.
NEUROLOGICAL:  She is alert and active.  She is moving all extremities
well.  Her sensory appears to be intact and her motor appears to be
intact.  She has no ataxia.  She does clearly have a left facial 7th
nerve palsy, with a left facial droop and a left ptosis.  The rest of
her extraocular movements appear to be intact.  Her forehead is hard to
examine as she is not cooperative.

RADIOLOGY DATA:  She has a MRI with a report from Broward General
Hospital.  The MRI will be left at the bedside for the neurosurgeon to
evaluate.  This is a very abnormal examination, showing three, with a
possible fourth enhancing lesion within the midbrain, extending to the
left cerebral pedicle with questionable extension to the left
cerebellum.  The main differential diagnosis of this radiologist would
be that of a midbrain glioma with the possibility of an infectious
process less likely.  There was prominence of the midbrain with slight
effacement of the fourth ventricle, suggesting edema and mass effect.

ASSESSMENT:  The patient is a 3-year-old with an 18-month history, by
mom's report, of left facial droop and now ptosis.  This is likely due
to midbrain glioma.  She will be admitted for neurosurgical

MEMORIAL REGIONAL HOSPITAL

```
Name=RAMOS,GIA                                    MRUN=2035530
  DOB=08/13/2001     Age=3Y        Sex=F          Acct #=4003423113
Loc/Svc=4S-466-02/OBV                          Admit Date=08/26/2004
FINAL REPORT
Type=HISTORY AND PHYSICAL
Dictated By=LAZAR,SCOTT (MD)
==============================================================================
```

consultation. At this point, she has no signs of any herniation type
syndrome. She otherwise is completely well.

PLAN: My plan at this time is to admit her to the pediatric floor with
consultation to Pediatric Neurosurgery. Dr. Rodriguez has been called
and he says Dr. Heger, a pediatric neurosurgeon, will see the patient as
soon as possible in the morning. She will be watched with vital signs.
An IV will not be placed at this time. She will be made NPO after
midnight and an interesting case. A MRI of the spine needs to be
obtained to look for drop metastasis. Based on Dr. Heger's
recommendations, other consultations will be called. This patient may
need surgery, i.e., a biopsy.

The case was discussed at length at the bedside with the parents, who
understand the diagnosis and treatment plan and the significant nature
of this potential illness. They understand the diagnosis and agree with
the admission.

Job # 820008

```
==============================================================================
    Dictated By=LAZAR,SCOTT (MD)              D/T=08/26/2004
    Text Status=FINAL

Transcribed By=KNOWLES,WENDY A.               D/T=08/26/2004 2112
cc: 110242 LAZAR,S
```

```
                        MEMORIAL REGIONAL HOSPITAL
                       Printed: Sun Aug 29, 2004 1:00 PM

     Name=RAMOS,GIA                               MRUN=2035530
       DOB=08/13/2001      Age=3Y        Sex=F    Acct #=4003423113
     Loc/Svc=/OBV                              Admit Date=08/26/2004
     FINAL REPORT                           Discharge Date=08/27/2004
     Type=CONSULTATION
     Dictated By=KRAMER,DEBORAH (MD)
     ========================================================================
     DATE OF CONSULTATION:  08/27/2004
```

REFERRING PHYSICIAN:  Scott Lazar, MD

REASON FOR CONSULTATION:  New onset cranial nerve VII palsy on the left with brain stem lesion noted by CAT scan.

HISTORY OF PRESENT ILLNESS:  Gia is a 3-year-old Caucasian female who was referred by her pediatrician after obtaining an MRI and CT of the brain for worsening left cranial nerve VII palsy.  She apparently had developed the facial palsy approximately 18 months ago, and mom brought her to her pediatrician who said to observe, and it will likely improve.  Mom noted approximately 3 months ago in a photo that the facial palsy was much more significant and was followed up at her pediatrician's.  She recently changed pediatricians in the past week, and her new physician, Dr. Howard Gill, was concerned and had an MRI performed which was significant for several cystic lesions arising from the brain stem.  There was no sign of hydrocephalus, and the lesions are nonenhancing.

She had, on review of systems, no difficulties with chewing or swallowing.  She had no problems with balance or coordination.  No loss of developmental milestones.  Mom said that her speech had been quite good up until recently, becoming slightly impaired.  No headaches or irritability.  No change in appetite, activity.  No weight loss.  No other weakness or numbness reported by mom.  No fevers, vomiting, diarrhea, or constipation.

PAST MEDICAL HISTORY:  Negative for any prior hospitalizations or surgeries.  She was a full-term infant.

MEDICATIONS:  She was on no prior medications.

ALLERGIES:  She has no known drug allergies.

IMMUNIZATIONS:  Up-to-date.

FAMILY HISTORY:  Unremarkable.

SOCIAL HISTORY:  Unremarkable.  She is the only child, and they live in Pompano Beach.

MEMORIAL REGIONAL HOSPITAL

```
Name=RAMOS,GIA                                    MRUN=2035530
 DOB=08/13/2001      Age=3Y           Sex=F       Acct #=4003423113
Loc/Svc=/OBV                               Admit Date=08/26/2004
FINAL REPORT                           Discharge Date=08/27/2004
Type=CONSULTATION
Dictated By=KRAMER,DEBORAH (MD)
=======================================================================
```

PHYSICAL EXAMINATION:
GENERAL:  She is playful, active, and in no acute distress.
VITAL SIGNS:  She is afebrile.  Her vital signs are stable.  Blood
pressure is 90s/40s.
HEAD, EYES, EARS, NOSE, AND THROAT:  Her pupils are equal and reactive.
 Her extraocular movements are intact.  Her gag is intact.  She has
moist mucous membranes with no lesions.
NECK:  Supple with no lymphadenopathy.
LUNGS:  Clear.
HEART:  Regular rate and rhythm with no murmur.
ABDOMEN:  Soft, nontender with no organomegaly or masses palpable.
EXTREMITIES:  Full range of motion with no edema.
NEUROLOGIC:  She has a left cranial nerve VII palsy.  Her sixth nerve
is intact.  She has no ataxia.  She has normal strength and tone
bilaterally with equal reflexes bilaterally.

LABORATORY DATA:  An MRI was performed which shows a multicystic brain
stem lesion.  There is a small exophytic component at the left
cerebellopontine angle.  There are no signs of hydrocephalus.

ASSESSMENT:  Multicystic brain stem lesion possibly a low-grade glioma
such as a pilocystic astro versus a ganglioglioma.  Does not have the
typical appearance of an intrinsic pontine glioma which is much more
aggressive.  Also supporting the clinical history with long onset of 18
months and no signs of other cranial nerve involvement or ataxia.

I met with Drs. Cameron and Heger and with the parents, and the plan is
for the child to be scheduled for an MR-guided biopsy of the exophytic
component of the lesion on Monday, August 30, 2004.  She will likely be
discharged home today and return on Monday for her surgery.

I explained to the parents that further treatment planning regarding
chemotherapy with or without radiation therapy will be discussed once
we have the pathology from the tissue biopsy.


_____
Deborah Kramer, MD

HS Job # 298945 / 30030 /

MEMORIAL REGIONAL HOSPITAL

```
Name=RAMOS,GIA                                    MRUN=2035530
  DOB=08/13/2001      Age=3Y        Sex=F      Acct #=4003423113
Loc/Svc=/OBV                               Admit Date=08/26/2004
FINAL REPORT                           Discharge Date=08/27/2004
Type=CONSULTATION
Dictated By=KRAMER,DEBORAH (MD)
========================================================================
JOB: 820580
DD: 08/27/2004
DT: 08/29/2004
298945 / 30030 /
```

```
========================================================================
  Dictated By=KRAMER,DEBORAH (MD)          D/T=08/27/2004 1324
  Text Status=FINAL

Transcribed By=HEALTHSCRIBE,TRANSCRIPTIONIST     D/T=08/29/2004 1156
cc: 110270 KRAMER,D; 110242 LAZAR,S
```

Date of Consultation Request: 8/27/04 _____   Time of Consultation Request: _____

Reason for Consultation: Brain Stem lesion _____

To:   Dr. _____ , this patient is referred to you by Dr. _____
                    (consultant)

CHECK APPROPRIATE BOX:     [  ] Consultation Only     [  ] Consult & Follow     [  ] Accept for Transfer

                                    Referring Physician: _____
                                                              (signature)

**Report of Consultant:**

3yo W♀ c̄ new onset Ⓛ VII nerve palsy
c̄ multicystic Brainstem lesion

Dictated
# 820580


Signature of Consultant          8/27/04          a.m.
                                   date     time    p.m.

---

**Memorial Healthcare System**

CHART COPY

**CONSULTATION REQUEST / REPORT**

ADDRESSOGRAPH/LABEL

MR 2035530  ACCT 4003423113
RAMOS,GIA
LAZAR,SCOTT.MD               ASG   F 3Y
MRH/OBSV/4 S  466 02        08/13/01

Form No. 2300-00027 (Rev. 10/99)



MEMORIAL REGIONAL HOSPITAL    HOLLYWOOD, FL          BC99458C
M E D I C A L   R E C O R D   F A C E   S H E E T           09/02/04
                                                              1104

RAMOS, GIA                              MR NO    2035530
1061 NE 27TH WAY                       BILL NO   424845
POMPANO BEACH, FL 33062           PATIENT TYPE   INPATIENT
PHONE                                ADM DATE    08/30/04   0758
DOB     08/13/2001       AGE 003Y
STATUS  SINGLE           SEX FEMALE      FIN CLASS    50 MEDICAID
ORIGIN  HISPANIC         REL          MEDICAID NO   7854589364
ADM PHY HEGER, IAN, MD                ADM CLIN SERV  SURGERY
ADM DIAG  234.8  CA IN SITU NEC
********* RELATIVE INFO **********     ********** EMPLOYER INFO **********
RAMOS, STEVEN                          EMPLOYER
                                       OCCUPATION   MINOR

*****************************************************************************
DISCH/DEATH DATE:              TIME;        L.O.S.:          DISCH SERV:
DISCHARGE TYPE:    HOME     AMA/AWOL    ACUTE HOSP    EXPIRED      HHA
                   PSYCH    REHAB       INSTITUTE     SNF          ICF

EXPIRED:     UNDER 48 HOURS      OVER 48 HOURS      AUTOPSY     M.E.CASE
=============================================================================
                                                     CODE #        DRG
CAUSE OF DEATH:
=============================================================================
PRINCIPAL DIAGNOSIS          CODE#                                   CODE#
1 Brain Stem Pilocytic Astrocytoma  191A   8
2 Facial Palsy                      351.0   9
3 Ⓛ Ptosis                          374.30 10
4 _____     11 _____
5 _____     12 _____
6 _____     13 _____
7 _____     14 _____
PROCEDURES                                      DATE    SURGEON
1 Ⓛ Craniotomy, Biopsy of Tumor                 8/30    X0016
                                                        101154
2 _____
3 _____
4 _____
5 _____
6 _____
CONSULTANTS:                              110160,  11070

I CERTIFY THAT THE NARRATIVE DESCRIPTIONS OF THE PRINCIPAL AND SECONDARY
DIAGNOSES AND THE MAJOR PROCEDURES PERFORMED ARE ACCURATE AND COMPLETE
TO THE BEST OF MY KNOWLEDGE.

_____    _____
        DATE                   ATTENDING PHYSICIAN

M/R            MEDICAL RECORD FACE SHEET        MR 2035530  ACCT 4003424845
                  C-871-0045-3-92               RAMOS, GIA
                                                HEGER, IAN, MD
                                                MRH/IP/4 N  442 01        F 3Y
                                                                     08/13/01