## CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
### HONORABLE WILLIAM P. DIMITROULEAS

FILED by _____ D.C.
JUN 30 2006
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER: 00-6154-Cr-WPD   DATE: June 30, 2006

COURTROOM CLERK: Karen A. Carlton   COURT REPORTER: Bob Ryckoff

PROBATION: _____   INTERPRETER: _____

UNITED STATES OF AMERICA   VS. James LaPolla

U.S. ATTORNEY: Paul Schwartz   DEFT. COUNSEL: Robert Stenzate

REASON FOR HEARING: Final hearing / Sentencing on Supervised

RESULT OF HEARING: Release violation. Deft admits allegations. Deft adjudicated guilty. Supervised Release is revoked. Deft is sentenced to 4 months' imprisonment + no further conditions of supervised Release are imposed. Deft remanded to custody.

CASE CONTINUED TO: _____   TIME: _____   FOR: _____

MISC: Deft informed of Right to Appeal.

