UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6154-CR-DIMITROULEAS

FILED by _____ D.C.

JUN 30 2006

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JAMES LAPOLLA,

    Defendant.

_____/

## ORDER GRANTING, IN PART, DOWNWARD DEPARTURE

THIS MATTER having come before the Court on Defendant's June 23, 2006 Motion for

Downward Departure [DE-748], and the Court having heard arguments of counsel on June 30, 2006,

and being otherwise fully advised, finds as follows:

1.  LaPolla's child has serious medical problems.

2.  The Government does not strenuously oppose a reduction.

3.  LaPolla's past criminal history is somewhat unclear.

4.  For all the above-referenced reasons, collectively, the Court finds that a sentence of 4

months is reasonable and that Collier's case is out of the heartland of cases for an individual scoring

8-14 months.

    Wherefore, it is hereby



**ORDERED AND ADJUDGED** that Defendant's Motion for Downward Departure [DE-748] is **GRANTED, IN PART**.

**DONE AND ORDERED** at Fort Lauderdale, Broward County, Florida, this 30 day of June, 2006.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Paul Schwartz, AUSA
Roberto D. Stanziale, Esq.
U.S. Probation Office